Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

A. FRLEKIN, *et al.*

     Plaintiff(s),

 v.

APPLE INC., a California Corporation

     Defendant(s).

Case No: CV 13 3451

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Wade C. Wilkinson, an active member in good standing of the bar of Southern District of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Amanda Frlekin and Dean Pelle in the above-entitled action. My local co-counsel in this case is Kimberly A. Kralowec, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 260 Madison Avenue<br>New York, NY 10016 | 188 The Embaracadero, Suire 800<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD:<br>(212) 448-1100 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 546-0680 |
| MY EMAIL ADDRESS OF RECORD:<br>wwilkinson@mclaughlinstern.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>kkralowec@kraloweclaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: WW1313.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/15/13

           Wade C. Wilkinson
           APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Wade C. Wilkinson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 17, 2013.

           UNITED STATES DISTRICT/MAGISTRATE JUDGE

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

### Certificate of
### Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

**WADE  CHRISTOPHER  WILKINSON** , Bar # **WW1313**

was duly admitted to practice in this Court on

**JUNE 23rd, 2009** , and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>   on   **OCTOBER 16th, 2013**

<u>Ruby J. Krajick</u>
Clerk

by _____
Deputy  Clerk