**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMANDA FRLEKIN, *et al.*,

    Plaintiffs,

  v.

APPLE, INC.,

    Defendant.
_____/

ADAM KILKER, *et al.*,

    Plaintiffs,

  v.

APPLE, INC.,

    Defendant.
_____/

No. C 13-03451 WHA

No. C 13-03775 WHA

**ORDER TO SHOW CAUSE RE CONSOLIDATION OF CASES**

Plaintiffs and defendant in the *Frlekin* action and *Kilker* action are hereby ordered to show cause by **DECEMBER 13, 2013, AT NOON**, why the two above-captioned actions should not be consolidated.

**IT IS SO ORDERED.**

Dated: December 2, 2013.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE