1  KIMBERLY A. KRALOWEC (Cal. Bar No. 163158)
   THE KRALOWEC LAW GROUP
2  188 The Embarcadero, Suite 800
   San Francisco, Ca  94105
3  Telephone:     (415) 546-6800
   Facsimile:     (415) 546-6801
4  kkralowec@kraloweclaw.com

5  LEE S. SHALOV (admitted *pro hac vice*)
   BRETT GALLAWAY (admitted *pro hac vice*)
6  WADE WILKINSON (admitted *pro hac vice*)
   Mclaughlin & Stern, LLP
7  260 Madison Avenue
   New York, Ny  10016
8  Telephone:     (212) 448-1100
   Facsimile:     (212) 448-0066
9  lshalov@mclaughlinstern.com
   bgallaway@mclaughlinstern.com
10
   LOUIS GINSBERG (admitted *pro hac vice*)
11 LAW FIRM OF LOUIS GINSBERG, P.C.
   1613 Northern Blvd.
12 Roslyn, Ny  11576
   Telephone:     (516) 625-0105 X.13
13 lg@louisginsberglawoffices.com

14 *Attorneys for Plaintiffs Amanda Frlekin, Dean Pelle,*
   *Adam Kilker, Brandon Fisher and the Proposed Classes*
15
                  UNITED STATES DISTRICT COURT
16                NORTHERN DISTRICT OF CALIFORNIA

17 AMANDA FRLEKIN and DEAN PELLE on behalf        CASE NO. 13-cv-3451-WHA
   of themselves and all others similarly situated,
18
                                                  **RESPONSE TO ORDER TO SHOW**
19                            Plaintiffs,          **CAUSE, STIPULATION**
           v.                                     **REGARDING FILING OF**
20                                                **AMENDED COMPLAINT AND**
   APPLE INC., a California corporation,          **CONSOLIDATION OF ACTIONS**
21                                                **AND ~~[PROPOSED]~~ ORDER**
                              Defendant.
22
23 ADAM KILKER and BRANDON FISHER on              CASE NO. 13-cv-3775-WHA
   behalf of themselves and all others similarly
24 situated
                              Plaintiffs,
25
26         v.

27 APPLE INC., a California corporation,

28                            Defendant.

   RESPONSE TO ORDER TO SHOW CAUSE, STIPULATION REGARDING FILING OF
   AMENDED COMPLAINT AND CONSOLIDATION OF ACTIONS AND ~~PROPOSED~~ ORDER
                        Case No. 13-cv-3451-WHA

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the above parties, as follows:

1) Plaintiffs in the action captioned *Frlekin v. Apple, Inc.*, Case No. 13-cv-3451-WHA (the "*Frlekin* action") shall file their First Amended Complaint, a copy of which is attached hereto as Exhibit A, within 5 days of the Court's issuance of the Order on this stipulation.

2) The new caption in the *Frlekin* action shall be:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA FRLEKIN, DEAN PELLE, ADAM KILKER and BRANDON FISHER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 13-cv-3451-WHA |

3) Defendant shall file its Answer to the First Amended Complaint within 21 days from date that the First Amended Complaint is filed.

4) The *Frlekin* action and the action captioned *Kilker v. Apple, Inc.*, Case No. 13-cv-3775-WHA (the "*Kilker* action") are hereby consolidated for pretrial and trial proceedings before this Court pursuant to Federal Rule 42(a).

5) All future filings in the actions shall be filed only in the *Frlekin* action with the *Frlekin* action case number and the *Frlekin* action caption.

6) The parties shall be governed by the Case Management Order in the *Frlekin* action entered by the Court on October 17, 2013.

7) Apple has separately filed a motion to consolidate the *Frlekin* and *Kilker* actions with the *Taylor Kalin v. Apple, Inc.* lawsuit, Northern District of California, Case No. 13-CV-

1    04727-WHA. Nothing in this Stipulation is intended to modify or limit Apple's motion to

2    also have the *Kalin* lawsuit consolidated.

3

4    MCLAUGHLIN STERN, LLP                                    LITTLER MENDELSON, P.C.

5

6    By: [signature]                                          By: _____

7    Lee S. Shalov                                            Lara Strauss
     Brett R. Gallaway                                        501 W. Broadway
8    Wade Wilkinson                                           San Diego, California 92101
9    260 Madison Avenue                                       (619) 232-0441
     New York, New York 10016
10   (212) 448-1100
                                                              *Attorneys for Defendant Apple Inc.*
11   -and-

12
     Law Firm Of Louis Ginsberg, P.C.
13   1613 Northern Blvd.
     Roslyn, New York ll576
14   Telephone: (516) 625-0105

15   -and-

16
     The Kralowec Law Group
17   188 The Embarcadero, Suite 800
     San Francisco, California  94105
18   Telephone:     (415) 546-6800

19

20   *Attorneys for Plaintiffs and the*
     *Proposed Classes*
21

22

23

24

25

26

27

28

RESPONSE TO ORDER TO SHOW CAUSE, STIPULATION REGARDING FILING OF
AMENDED COMPLAINT AND CONSOLIDATION OF ACTIONS AND ~~PRPOSED~~ ORDER
Case No. 13-cv-3451-WHA

1

## [PROPOSED] ORDER

2

Good cause appearing, the parties' stipulation regarding filing of the Amended Complaint

3

and consolidation of the actions is adopted and IT IS SO ORDERED.

4

5      Dated: December 13 2013

WILLIAM H. ALSUP

6                                                                      United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28