**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMANDA FRLEKIN, *et al.*

    Plaintiffs,

  v.

APPLE, INC.,

    Defendant.

                             /

TAYLOR KALIN,

    Plaintiff,

  v.

APPLE, INC.,

    Defendant.

                             /

No. C 13-03451 WHA

**ORDER RE MOTION TO CERTIFY, MOTION TO CONSOLIDATE, MOTION TO APPOINT COUNSEL, AND MOTION TO APPROVE DISCOVERY REQUEST**

There are several pending matters currently scheduled to be heard in the near future. *First*, plaintiffs in the *Frlekin* action move for conditional certification of a FLSA collective action. *Second*, defendant Apple, Inc., moves to consolidate the *Frlekin* action with the *Kalin* action. *Third*, plaintiffs in both actions filed statements of non-opposition to defendant's motion to consolidate, and request that two law firms, the law firm of Louis Ginsberg and Mclaughlin and Stern, be appointed as interim co-lead counsel for the proposed consolidated action. *Fourth*, defendant moves for a discovery order seeking approval of the parties' stipulation regarding

depositions of certain Apple employees. These motions are currently scheduled to be heard on different days.

In the interests of judicial efficiency, the motions will be continued to **FEBRUARY 20, 2014, AT 8:00 A.M.** All of the motions currently filed will be heard on this date. Counsel for all parties in both actions must appear at this hearing.

**IT IS SO ORDERED.**

Dated: January 9, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE