IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMANDA FRLEKIN, *et al.*

      Plaintiffs,

  v.

APPLE, INC.,

      Defendant.

                        /

No. C 13-03451 WHA

**ORDER AMENDING CAPTIONING OF ACTION**

On December 13, 2013, an order granted a joint stipulation to consolidate the *Frlekin* and *Kilker* actions. This order amends the December 13 order to require the parties to comply with Local Rule 3–4(b). The first page of each paper presented for filing must denote the caption and case number of the lead case (*Frlekin*), followed by the caption and case number of the subsumed case (*Kilker*).

**IT IS SO ORDERED.**

Dated: January 28, 2014.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE