IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMANDA FRLEKIN, *et al.*

    Plaintiffs,

v.

APPLE, INC.,

    Defendant.

ADAM KILKER, *et al.*

    Plaintiffs,

v.

APPLE, INC.,

    Defendant.

No. C 13-03451 WHA

No. C 13-03775 WHA

**ORDER RE MOTION TO STAY**

In this FLSA wage-and-hour action, plaintiffs move to stay because the Supreme Court granted *certiorari* in *Busk*, a Ninth Circuit 2013 decision that grounds their FLSA claim (Dkt. No. 150). A district court possesses the inherent power to control its own docket and calendar. *Leyva v. Certified Grocers of California, Ltd.*, 593 F.2d 857, 863-64 (9th Cir. 1997).

After reviewing the moving papers, plaintiffs' motion to stay is **DENIED WITHOUT PREJUDICE** to renewing it after the Court considers the pending summary judgment motion and can better see how the Supreme Court's decision in *Busk* may (or may not) impact the action.

Plaintiffs' motion to shorten time is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: March 26, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE