| | |
|---|---|
| 1 | JULIE A. DUNNE, Bar No. 160544 |
|   | jdunne@littler.com |
| 2 | LITTLER MENDELSON, P.C. |
|   | 501 W. Broadway, Suite 900 |
| 3 | San Diego, California  92101 |
|   | Telephone:    619.232.0441 |
| 4 | Facsimile:     619.232.4302 |
| 5 | TODD K. BOYER, Bar No. 203132 |
|   | tboyer@littler.com |
| 6 | LITTLER MENDELSON, P.C. |
|   | 50 W. San Fernando, 15th Floor |
| 7 | San Jose, California  95113.2303 |
|   | Telephone:    408.998.4150 |
| 8 | Facsimile:     408.288.5686 |
| 9 | JOSHUA D. KIENITZ, Bar No. 244903 |
|   | jkienitz@littler.com |
| 10 | LITTLER MENDELSON, P.C. |
|    | 650 California Street, 20th Floor |
| 11 | San Francisco, CA  94108 |
|    | Telephone:    415.399.8451 |
| 12 | Facsimile:     415.358.4566 |
| 13 | Attorneys for Defendant APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMANDA FRLEKIN, *et al.*, | Lead Case No.  C 13-03451 WHA; Consolidated Case No.  C 13-3775-WHA |
| Plaintiffs, | |
| v. | **DECLARATION OF JOSHUA D. KIENITZ IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| APPLE INC., | |
| Defendant. | |
| ADAM KILKER, *et al.*, | Date:  May 22, 2014 |
| Plaintiffs, | Time: 8:00 a.m. |
| v. | Judge:  The Hon. William H. Alsup |
| APPLE INC., | Courtroom:   8 |
| Defendant. | |

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

KIENITZ DECL ISO MTN FOR SUMMARY JUDGMENT

Lead Case No. CV 13-3451 WHA

I, Joshua D. Kienitz, hereby declare:

1. I am an attorney at law duly admitted to practice before the courts of the State of California and the United States District Court, Northern District of California. I am a shareholder with the law firm of Littler Mendelson, A Professional Corporation, which represents Defendant Apple Inc. ("Apple") in the above captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could competently testify thereto.

2. On March 18, 2014, I took the deposition of Taylor Kalin, plaintiff in the related case *Kalin v. Apple Inc.* (Case No. 13-CV-0427-WHA). Attached hereto as **Exhibit A** is a true and correct copy of the transcript of Mr. Kalin's March 18, 2014 deposition and exhibits thereto. Apple files Exhibit A concurrently with its Motion pursuant to the Court's Scheduling Order Following February 20 [2014] Hearing (Dkt. No. 132), in which the Court, *inter alia*, ordered that copies of all deposition transcripts be filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 10th day of April, 2014, at San Francisco, California.

    */s/ Joshua D. Kienitz*
    JOSHUA D. KIENITZ

Firmwide:126362258.1 074600.1003

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

KIENITZ DECL ISO MTN FOR SUMMARY JUDGMENT   1.   Lead Case No. CV 13-3451 WHA