Switch to Admin

Apple Inc.
12545 Riata Vista Circle
Austin, TX 78727

02525513

| | | | | | |
|---|---|---|---|---|---|
| Net Pay of | $240.67 | will be available on | Sep 17, 2010 | | |
| Payment made by: | Live Check | | 0 | | $240.67 |
| Payment issued to: | Taylor Kalin | | | | |

E 10 Mayfair Court
Apt 42
Spokane, WA 99208

**NON−NEGOTIABLE**

| Employee Number | Payroll File Number | Department Number | Period Beginning | Period Ending | Pay Date |
|---|---|---|---|---|---|
| 159469 | 292697 | 566020 | Aug 28, 2010 | Sep 10, 2010 | Sep 17, 2010 |

| | Federal | Washington | | |
|---|---|---|---|---|
| Tax Status | Single | Single | Hire Date | Sep 8, 2010 |
| Exemptions | 0 | 0 | Vacation Hours | 0.00 |
| (Extra Tax) | 0 | 0 | Sick Hours | 0.00 |

## Earnings

| | Rate | Hours | This Statement | Total Year to Date |
|---|---|---|---|---|
| Regular | 11.0 | 24.00 | $264.00 | $264.00 |
| Gross Pay | | | $264.00 | $264.00 |

## Deductions

| Taxes Withheld | This Statement | Total Year to Date |
|---|---|---|
| Federal Income Tax | $3.13 | $3.13 |
| Social Security Tax | $16.37 | $16.37 |
| Medicare Tax | $3.83 | $3.83 |
| Other | This Statement | Total Year to Date |
| Net Pay | $240.67 | $240.67 |



EXHIBIT ___1___
WIT: *Kalin*
DATE: *3-18-14*
Shelley M. Sailor, CSR 10254

## Comments

Review pay statement & report issues to your Manager or HR Helpline

## Other Information

|  | % | This Statement | Total Year to Date |
|---|---|---|---|
| Total Benefit Deductions ° |  | 0.00 | 0.00 |
| °Excluded from federal taxable wages |  |  |  |
| Your federal taxable wages are |  | $264.00 | $264.00 |

Switch to Admin

**Apple Inc.**
12545 Riata Vista Circle
Austin, TX 78727

02529335

| Net Pay of | $678.05 | will be available on | Oct 1, 2010 |
|---|---|---|---|
| Payment made by: | Live Check | 0 | $678.05 |
| Payment issued to: | Taylor Kalin | | |

E 10 Mayfair Ct
Apt 42
Spokane, WA 99208

**NON−NEGOTIABLE**

| Employee Number | Payroll File Number | Department Number | Period Beginning | Period Ending | Pay Date |
|---|---|---|---|---|---|
| 159469 | 292697 | 566020 | Sep 11, 2010 | Sep 24, 2010 | Oct 1, 2010 |

| | Federal | Washington | | |
|---|---|---|---|---|
| **Tax Status** | Single | Single | **Hire Date** | Sep 8, 2010 |
| **Exemptions** | 0 | 0 | **Vacation Hours** | 0.00 |
| **(Extra Tax)** | 0 | 0 | **Sick Hours** | 0.00 |

## Earnings

| | Rate | Hours | This Statement | Total Year to Date |
|---|---|---|---|---|
| Regular | 11.0 | 73.85 | $812.35 | $1,076.35 |
| OverTime | 16.5 | 0.50 | $8.25 | $8.25 |
| | **Gross Pay** | | **$820.60** | **$1,084.60** |

## Deductions

| Taxes Withheld | This Statement | Total Year to Date |
|---|---|---|
| Federal Income Tax | $79.77 | $82.9 |
| Social Security Tax | $50.88 | $67.25 |
| Medicare Tax | $11.90 | $15.73 |
| **Other** | **This Statement** | **Total Year to Date** |
| **Net Pay** | **$678.05** | **$918.72** |

## Comments

Review pay statement & report issues to your Manager or HR Helpline

## Other Information

|  | % | This Statement | Total Year to Date |
|---|---|---|---|
| Total Benefit Deductions ° |  | 0.00 | 0.00 |
| °Excluded from federal taxable wages |  |  |  |
| Your federal taxable wages are |  | $820.60 | $1,084.60 |

Switch to Admin



Apple Inc.
12545 Riata Vista Circle
Austin, TX 78727

02533248

| | Net Pay of | $743.71 | will be available on | Oct 15, 2010 |

Payment made by:   Live Check                    0              $743.71

Payment issued to:   Taylor Kalin

E 10 Mayfair Ct
Apt 42
Spokane, WA 99208

**NON-NEGOTIABLE**

| Employee Number | Payroll File Number | Department Number | Period Beginning | Period Ending | Pay Date |
|---|---|---|---|---|---|
| 159469 | 292697 | 566020 | Sep 25, 2010 | Oct 8, 2010 | Oct 15, 2010 |

| | Federal | Washington | | |
|---|---|---|---|---|
| Tax Status | Single | Single | Hire Date | Sep 8, 2010 |
| Exemptions | 0 | 0 | Vacation Hours | 0.00 |
| (Extra Tax) | 0 | 0 | Sick Hours | 0.00 |

## Earnings

| | Rate | Hours | This Statement | Total Year to Date |
|---|---|---|---|---|
| Regular | 11.0 | 79.75 | $877.25 | $1,953.60 |
| OverTime | 16.5 | 1.71 | $28.22 | $36.47 |
| | Gross Pay | | $905.47 | $1,990.07 |

## Deductions

| Taxes Withheld | This Statement | Total Year to Date |
|---|---|---|
| Federal Income Tax | $92.50 | $175.4 |
| Social Security Tax | $56.13 | $123.38 |
| Medicare Tax | $13.13 | $28.86 |
| Other | This Statement | Total Year to Date |
| Net Pay | $743.71 | $1,662.43 |

## Comments

Review pay statement & report issues to your Manager or HR Helpline

## Other Information

| | % | This Statement | Total Year to Date |
|---|---|---|---|
| Total Benefit Deductions ° | | 0.00 | 0.00 |
| °Excluded from federal taxable wages | | | |
| Your federal taxable wages are | | $905.47 | $1,990.07 |

Switch to Admin

Apple Inc.
12545 Riata Vista Circle
Austin, TX 78727

00021572

| Net Pay of | $488.79 | will be available on | Jan 7, 2011 | |
|---|---|---|---|---|
| Payment made by: | Deposit to Checking Account | | 880454327 | $488.79 |
| Payment issued to: | Taylor Kalin | | | |

E 10 Mayfair Ct
Apt 42
Spokane, WA 99208

**NON-NEGOTIABLE**

| Employee Number | Payroll File Number | Department Number | Period Beginning | Period Ending | Pay Date |
|---|---|---|---|---|---|
| 159469 | 292697 | 566020 | Dec 18, 2010 | Dec 31, 2010 | Jan 7, 2011 |

| | Federal | Washington | | |
|---|---|---|---|---|
| Tax Status | Single | Single | Hire Date | Sep 8, 2010 |
| Exemptions | 0 | 0 | Vacation Hours | 0.00 |
| (Extra Tax) | 0 | 0 | Sick Hours | 0.00 |

## Earnings

| | Rate | Hours | This Statement | Total Year to Date |
|---|---|---|---|---|
| Regular | 11.0 | 54.49 | $599.39 | $599.39 |
| | | **Gross Pay** | **$599.39** | **$599.39** |

## Deductions

| Taxes Withheld | This Statement | Total Year to Date |
|---|---|---|
| Federal Income Tax | $58.76 | $58.76 |
| Social Security Tax | $25.17 | $25.17 |
| Medicare Tax | $8.69 | $8.69 |
| **Other** | **This Statement** | **Total Year to Date** |
| Traditional 401(k)-Regular Contribution | $17.98 | $17.98 |
| **Net Pay** | **$488.79** | **$488.79** |

## Comments

Review pay statement & report issues to your Manager or HR Helpline

## Other Information

|  | % | This Statement | Total Year to Date |
|---|---|---|---|
| Total 401(k) Plan Contributions ° |  | 17.98 | 17.98 |
| 401(k) Plan Contribution % | 3.00 |  |  |
| Total Benefit Deductions ° |  | 0.00 | 0.00 |
| °Excluded from federal taxable wages |  |  |  |
| Your federal taxable wages are |  | $581.41 | $581.41 |

Switch to Admin

Apple Inc.
12545 Riata Vista Circle
Austin, TX 78727

00043683

| Net Pay of | $390.07 | will be available on | Jan 21, 2011 | |
|---|---|---|---|---|
| Payment made by: | Deposit to Checking Account | | 880454327 | $390.07 |
| Payment issued to: | Taylor Kalin | | | |

E 10 Mayfair Ct
Apt 42
Spokane, WA 99208

**NON−NEGOTIABLE**

| Employee Number | Payroll File Number | Department Number | Period Beginning | Period Ending | Pay Date |
|---|---|---|---|---|---|
| 159469 | 292697 | 566020 | Jan 1, 2011 | Jan 14, 2011 | Jan 21, 2011 |

| | Federal | Washington | | |
|---|---|---|---|---|
| Tax Status | Single | Single | Hire Date | Sep 8, 2010 |
| Exemptions | 0 | 0 | Vacation Hours | 0.00 |
| (Extra Tax) | 0 | 0 | Sick Hours | 0.00 |

## Earnings

| | Rate | Hours | This Statement | Total Year to Date |
|---|---|---|---|---|
| Regular | 11.0 | 38.89 | $427.79 | $1,027.18 |
| OverTime | 16.5 | 2.61 | $43.07 | $43.07 |
| | Gross Pay | | $470.86 | $1,070.25 |

## Deductions

| Taxes Withheld | This Statement | Total Year to Date |
|---|---|---|
| Federal Income Tax | $40.05 | $98.81 |
| Social Security Tax | $19.78 | $44.95 |
| Medicare Tax | $6.83 | $15.52 |
| Other | This Statement | Total Year to Date |
| Traditional 401(k)−Regular Contribution | $14.13 | $32.11 |
| Net Pay | $390.07 | $878.86 |

## Comments

Review pay statement & report issues to your Manager or HR Helpline

## Other Information

|  | % | This Statement | Total Year to Date |
|---|---|---|---|
| Total 401(k) Plan Contributions ° |  | 14.13 | 32.11 |
| 401(k) Plan Contribution % | 3.00 |  |  |
| Total Benefit Deductions ° |  | 0.00 | 0.00 |
| °Excluded from federal taxable wages |  |  |  |
| Your federal taxable wages are |  | $456.73 | $1,038.14 |

Switch to Admin

**Apple Inc.**
12545 Riata Vista Circle
Austin, TX 78727

**00062116**

| | | | | |
|---|---|---|---|---|
| Net Pay of | $469.87 | will be available on | Feb 4, 2011 | |
| Payment made by: | Deposit to Checking Account | | 880454327 | $469.87 |
| Payment issued to: | Taylor Kalin | | | |

E 10 Mayfair Ct
Apt 42
Spokane, WA 99208

**NON−NEGOTIABLE**

| Employee Number | Payroll File Number | Department Number | Period Beginning | Period Ending | Pay Date |
|---|---|---|---|---|---|
| 159469 | 292697 | 566020 | Jan 15, 2011 | Jan 28, 2011 | Feb 4, 2011 |

| | Federal | Washington | | |
|---|---|---|---|---|
| Tax Status | Single | Single | Hire Date | Sep 8, 2010 |
| Exemptions | 0 | 0 | Vacation Hours | 0.00 |
| (Extra Tax) | 0 | 0 | Sick Hours | 0.00 |

## Earnings

| | Rate | Hours | This Statement | Total Year to Date |
|---|---|---|---|---|
| Regular | 11.0 | 52.25 | $574.75 | $1,601.93 |
| OverTime | | | | $43.07 |
| | | Gross Pay | $574.75 | $1,645.00 |

## Deductions

| Taxes Withheld | This Statement | Total Year to Date |
|---|---|---|
| Federal Income Tax | $55.17 | $153.98 |
| Social Security Tax | $24.14 | $69.09 |
| Medicare Tax | $8.33 | $23.85 |
| **Other** | **This Statement** | **Total Year to Date** |
| Traditional 401(k)−Regular Contribution | $17.24 | $49.35 |
| Net Pay | $469.87 | $1,348.73 |

## Comments

Review pay statement & report issues to your Manager or HR Helpline

## Other Information

|  | % | This Statement | Total Year to Date |
|---|---|---|---|
| Total 401(k) Plan Contributions ° |  | 17.24 | 49.35 |
| 401(k) Plan Contribution % | 3.00 |  |  |
| Total Benefit Deductions ° |  | 0.00 | 0.00 |
| °Excluded from federal taxable wages |  |  |  |
| Your federal taxable wages are |  | $557.51 | $1,595.65 |



Switch to Admin

Apple Inc.
12545 Riata Vista Circle
Austin, TX 78727

00032563

| | | | |
|---|---|---|---|
| Net Pay of | $853.20   will be available on | Jan 6, 2012 | |
| Payment made by: | Deposit to Checking Account | 880454327 | $803.20 |
| | Deposit to Checking Account | 1028005726 | $50.00 |
| Payment issued to: | Taylor Kalin | | |
| | 354 5th St | | NON-NEGOTIABLE |
| | San Francisco, CA 94107 | | |

| Employee Number | Payroll File Number | Department Number | Period Beginning | Period Ending | Pay Date |
|---|---|---|---|---|---|
| 159469 | 305806 | 566175 | Dec 17, 2011 | Dec 30, 2011 | Jan 6, 2012 |

| | Federal | California | | |
|---|---|---|---|---|
| Tax Status | Single | Single | Hire Date | Sep 8, 2010 |
| Exemptions | 0 | 0 | Vacation Hours | 14.80 |
| (Extra Tax) | 0 | 0 | Sick Hours | 2.36 |

## Earnings

| | Rate | Hours | This Statement | Total Year to Date |
|---|---|---|---|---|
| Regular | 14.9249 | 69.97 | $1,044.30 | $1,044.30 |
| OverTime | 22.3874 | 0.70 | $15.67 | $15.67 |
| Holiday | 14.9249 | 8.00 | $119.40 | $119.40 |
| | **Gross Pay** | | **$1,179.37** | **$1,179.37** |

## Deductions

| Taxes Withheld | This Statement | Total Year to Date |
|---|---|---|
| Federal Income Tax | $134.29 | $134.29 |
| Social Security Tax | $47.99 | $47.99 |
| Medicare Tax | $16.57 | $16.57 |
| California State Income Tax | $23.79 | $23.79 |
| California SUI/SDI Tax | $11.37 | $11.37 |

| Other | | This Statement | Total Year to Date |
|---|---|---|---|
| Vision | | $0.92 | $0.92 |
| Post–Tax Supplemental Life | | $2.31 | $2.31 |
| Accidental Death and Dismemberment Insurance | | $0.92 | $0.92 |
| Dental Insurance | | $7.95 | $7.95 |
| Health Insurance | | $31.51 | $31.51 |
| Traditional 401(k)–Regular Contribution | | $47.17 | $47.17 |
| Long–Term Disability Buy–Up | | $1.38 | $1.38 |
| | Net Pay | $853.20 | $853.20 |

## Comments

Review pay statement & report issues to Mgr or HR Helpline 800–473–7411

## Other Information

| | % | This Statement | Total Year to Date |
|---|---|---|---|
| Taxable Group Term Life * | | 6.02 | 6.02 |
| Total 401(k) Plan Contributions ° | | 47.17 | 47.17 |
| 401(k) Plan Contribution % | 4.00 | | |
| Total Benefit Deductions ° | | 42.68 | 42.68 |
| *Included in federal taxable wages | | | |
| °Excluded from federal taxable wages | | | |
| Your federal taxable wages are | | $1,095.54 | $1,095.54 |



Switch to Admin

**Apple Inc.**
12545 Riata Vista Circle
Austin, TX 78727

**00053129**

| | | | | |
|---|---|---|---|---|
| **Net Pay of** | $796.31 | will be available on | **Jan 20, 2012** | |
| Payment made by: | Deposit to Checking Account | | 880454327 | $746.31 |
| | Deposit to Checking Account | | 1028005726 | $50.00 |
| Payment issued to: | Taylor Kalin | | | |

354 5th St

San Francisco, CA 94107

**NON–NEGOTIABLE**

| Employee Number | Payroll File Number | Department Number | Period Beginning | Period Ending | Pay Date |
|---|---|---|---|---|---|
| 159469 | 305806 | 566175 | Dec 31, 2011 | Jan 13, 2012 | Jan 20, 2012 |

| | Federal | California | | |
|---|---|---|---|---|
| **Tax Status** | Single | Single | **Hire Date** | Sep 8, 2010 |
| **Exemptions** | 0 | 0 | **Vacation Hours** | 18.50 |
| **(Extra Tax)** | 0 | 0 | **Sick Hours** | 4.52 |

## Earnings

| | Rate | Hours | This Statement | Total Year to Date |
|---|---|---|---|---|
| Regular | 14.9249 | 62.78 | $936.98 | $1,981.28 |
| OverTime | 22.3874 | 1.88 | $42.09 | $57.76 |
| Holiday | 14.9249 | 8.00 | $119.40 | $238.80 |
| | **Gross Pay** | | **$1,098.47** | **$2,277.84** |

## Deductions

| Taxes Withheld | This Statement | Total Year to Date |
|---|---|---|
| Federal Income Tax | $122.64 | $256.93 |
| Social Security Tax | $44.36 | $92.35 |
| Medicare Tax | $15.31 | $31.88 |
| California State Income Tax | $20.37 | $44.16 |
| California SUI/SDI Tax | $10.55 | $21.92 |

| Other | | This Statement | Total Year to Date |
|---|---|---|---|
| Vision | | $0.92 | $1.84 |
| Post–Tax Supplemental Life | | $2.31 | $4.62 |
| Accidental Death and Dismemberment Insurance | | $0.92 | $1.84 |
| Dental Insurance | | $7.95 | $15.90 |
| Health Insurance | | $31.51 | $63.02 |
| Traditional 401(k)–Regular Contribution | | $43.94 | $91.11 |
| Long–Term Disability Buy–Up | | $1.38 | $2.76 |
| | **Net Pay** | **$796.31** | **$1,649.51** |

## Comments

Review pay statement & report issues to Mgr or HR Helpline 800–473–7411

## Other Information

| | % | This Statement | Total Year to Date |
|---|---|---|---|
| **Taxable Group Term Life** * | | 0.30 | 6.32 |
| **Total 401(k) Plan Contributions** ° | | 43.94 | 91.11 |
| *401(k) Plan Contribution %* | 4.00 | | |
| **Total Benefit Deductions** ° | | 42.68 | 85.36 |
| *Included in federal taxable wages | | | |
| °Excluded from federal taxable wages | | | |
| **Your federal taxable wages are** | | **$1,012.15** | **$2,107.69** |

Switch to Admin



Apple Inc.
12545 Riata Vista Circle
Austin, TX 78727

00075645

| | | | | |
|---|---|---|---|---|
| Net Pay of | $829.49 | will be available on | Feb 3, 2012 | |
| Payment made by: | Deposit to Checking Account | | 880454327 | $779.49 |
| | Deposit to Checking Account | | 1028005726 | $50.00 |
| Payment issued to: | Taylor Kalin | | | |

354 5th St

San Francisco, CA 94107

**NON-NEGOTIABLE**

| Employee Number | Payroll File Number | Department Number | Period Beginning | Period Ending | Pay Date |
|---|---|---|---|---|---|
| 159469 | 305806 | 566175 | Jan 14, 2012 | Jan 27, 2012 | Feb 3, 2012 |

| | Federal | California | | |
|---|---|---|---|---|
| Tax Status | Single | Single | Hire Date | Sep 8, 2010 |
| Exemptions | 0 | 0 | Vacation Hours | 14.20 |
| (Extra Tax) | 0 | 0 | Sick Hours | 6.81 |

## Earnings

| | Rate | Hours | This Statement | Total Year to Date |
|---|---|---|---|---|
| Regular | 14.9249 | 68.58 | $1,023.55 | $3,004.83 |
| Vacation | 14.9249 | 8.00 | $119.40 | $119.40 |
| OverTime | 22.3874 | 0.11 | $2.46 | $60.22 |
| Holiday | | | | $238.80 |
| | | Gross Pay | $1,145.41 | $3,423.25 |

## Deductions

| Taxes Withheld | This Statement | Total Year to Date |
|---|---|---|
| Federal Income Tax | $129.40 | $386.33 |
| Social Security Tax | $46.33 | $138.68 |
| Medicare Tax | $16.00 | $47.88 |
| California State Income Tax | $22.35 | $66.51 |

| California SUI/SDI Tax | | $11.03 | $32.95 |
|---|---|---|---|
| **Other** | | **This Statement** | **Total Year to Date** |
| Vision | | $0.92 | $2.76 |
| Post–Tax Supplemental Life | | $2.31 | $6.93 |
| Accidental Death and Dismemberment Insurance | | $0.92 | $2.76 |
| Dental Insurance | | $7.95 | $23.85 |
| Health Insurance | | $31.51 | $94.53 |
| Traditional 401(k)–Regular Contribution | | $45.82 | $136.93 |
| Long–Term Disability Buy–Up | | $1.38 | $4.14 |
| | **Net Pay** | **$829.49** | **$2,479.00** |

## Comments

Review pay statement & report issues to Mgr or HR Helpline 800–473–7411

## Other Information

| | % | **This Statement** | **Total Year to Date** |
|---|---|---|---|
| **Taxable Group Term Life** * | | 0.30 | 6.62 |
| **Total 401(k) Plan Contributions** ° | | 45.82 | 136.93 |
| *401(k) Plan Contribution %* | 4.00 | | |
| **Total Benefit Deductions** ° | | 42.68 | 128.04 |
| *Included in federal taxable wages | | | |
| °Excluded from federal taxable wages | | | |
| **Your federal taxable wages are** | | **$1,057.21** | **$3,164.90** |



**Timecard**

Kalin, Teyler          Pay Period: 8/25/12                    To: 9/7/12

ID: 159469                        GL Site/Dept: 0056/6175
Manager: Lee, Gordon                    Role: Employee (FT)
Business Group: United States-Retail          Timecard Group: Retail-CA

Pay Group History
Pay Period Summary

**Payroll Summary:**                                    1 of 3 selected

| Period | Pay Group | Regular | Overtime | Doubletime | Vacation | Sick | Holiday | Bereave | Jury Duty | Paid Shut... | Total (Hrs. |
|--------|-----------|---------|----------|------------|----------|------|---------|---------|-----------|--------------|-------------|
| Week 1, Sat, Aug 25 to Fri... | Retail-CA | 36.3 | .33 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 38.63 |
| Week 2, Sat, Sep 01 to Fri... | Retail-CA | 20.73 | 0 | 0 | 0 | 8 | 8 | 0 | 0 | 0 | 36.73 |
| Pay Period Total | | 57.03 | .33 | 0 | 0 | 10 | 8 | 0 | 0 | 0 | 75.36 |

**Exceptions:**                                    1 of 4 selected

| Priority | Date | Type | Desc. |
|----------|------|------|-------|
| High | Wed, Aug 29 | Overtime | Employee qualifying for Overtime Pay for .29 hrs. |
| High | Mon, Aug 27 | Overtime | Employee qualifying for Overtime Pay for .04 hrs. |
| Low | Mon, Sep 03 | Lunch Less Than Scheduled | Lunch is less than the scheduled time by 25 mins. |
| Low | Sat, Sep 01 | Lunch Less Than Scheduled | Lunch is less than the scheduled time by 25 mins. |

Weekly Details
Change Log

**Timecard Log Details:**

Double click any row to display Comments.          1 of 2 selected

| Date | Action | By |
|------|--------|-----|
| 9/8/12 | Approved | Dalsfoist, Marga |
| 9/8/12 | Processed | System |

**Timepair Log Details:**

Week Ending  Fri, Aug 31                    1 of 2 selected

| Status | Date | Pay C... | From Date | From Ti... | To Date | To Time | Hour... | Cost Center | Modified By | Modified Date | Comments | Entry Method | Terminal |
|--------|------|----------|-----------|------------|---------|---------|---------|-------------|-------------|---------------|----------|--------------|----------|
| Latest | Wed, Aug 29 | Regular | 29-Aug-2... | 09:40 AM | 29-Aug-2... | 03:30 PM | 05:50 | 0056/6175 | Dalsfoist, M... | 9/8/12 5:06 PM | MD - Adju... | Check In/Out | San Franc... |
| Old | | Regular | 29-Aug-2... | 10:15 AM | 29-Aug-2... | 03:30 PM | 05:15 | 0056/6175 | Kalin, Teyler | 8/29/12 5:15 PM | | Check In/Out | San Franc... |

Comments

Approval

| Approvals | Name | Status | Date |
|-----------|------|--------|------|
| Employee | Kalin, Teyler | Not Submitted | |
| Manager | Dalsfoist, Marga | Approved | 9/8/12 12:06 PM |
| Payroll | Timecard, Payroll | Processed | 9/8/12 7:52 AM |

EXHIBIT  2
WIT: Kalin
DATE: 3-18-14
Shelley M. Sailor, CSR 10254



Timecard                                                    Timecard 159469402 - Kalin, Teyler

**Kalin, Teyler**    Pay Period: 8/25/12                    To: 9/7/12

ID: 159469                          GL Site/Dept: 0056/6175

Manager: Lee, Gordon                Role: Employee (FT)

Business Group: United States–Retail    Timecard Group: Retail–CA

► Pay Group History

► Pay Period Summary

▼ Weekly Details

Week Ending  Fri, Aug 31  ⬍

Double click any row to open Timepair screen          0 of 18 selected

| Date | Pay... | F | T | H | Pay... | Team/Ter... | Comments |
|------|--------|---|---|---|--------|-------------|----------|
| Sat, Aug 25 | Reg... | S | S | 0 | Reta... | San Franci... | |
| | Lunch | S | S | 0 | Reta... | San Franci... | |
| | Reg... | S | S | 0 | Reta... | San Franci... | |
| Sun, Aug 26 | Reg... | S | S | 0 | Reta... | San Franci... | |
| | Lunch | S | S | 0 | Reta... | San Franci... | |
| | Reg... | S | S | 0 | Reta... | San Franci... | went home sick, talked to darius |
| | Sick | | | 0 | Reta... | | MD – Entered 2 hours sick time per Teyler Kalin |
| Mon, Aug 27 | Reg... | M | M | 0 | Reta... | San Franci... | |
| | Lunch | M | M | 0 | Reta... | San Franci... | |
| | Reg... | M | M | 0 | Reta... | San Franci... | |
| Tue, Aug 28 | Reg... | T | T | 0 | Reta... | San Franci... | |
| | Lunch | T | T | 0 | Reta... | San Franci... | |
| | Reg... | T | T | 0 | Reta... | San Franci... | |
| Wed, Aug 29 | Reg... | W | W | 0 | Reta... | San Franci... | MD – Adjusted punch to 9:40am per Teyler Kalin |
| | Lunch | W | W | 0 | Reta... | San Franci... | this morning I forgot to clock in and when i remembered i Quickly did. Was here 20 min early and it just p |
| | Reg... | W | W | 0 | Reta... | San Franci... | |
| Thu, Aug 30 | | | | | | | |
| Fri, Aug 31 | | | | | | | |



**Timecard**

▼ Kalin, Teyler    Pay Period: 8/25/12    To: 9/7/12

ID: 159469    GL Site/Dept: 0056/6175

Manager: Lee, Gordon    Role: Employee (FT)

Business Group: United States-Retail    Timecard Group: Retail-CA

▶ Pay Group History

▶ Pay Period Summary

▼ Weekly Details

Week Ending    Fri, Aug 31    ⬍

Double click any row to open Timepair screen    0 of 18 selected

| H Pay... | Team/Ter... | Comments |
|---|---|---|
| 0 Reta... | San Franci... | |
| 0 Reta... | San Franci... | |
| 0 Reta... | San Franci... | |
| 0 Reta... | San Franci... | |
| 0 Reta... | San Franci... | |
| 0 Reta... | San Franci... | went home sick, talked to darius |
| 0 Reta... | | MD – Entered 2 hours sick time per Teyler Kalin |
| 0 Reta... | San Franci... | |
| 0 Reta... | San Franci... | |
| 0 Reta... | San Franci... | |
| 0 Reta... | San Franci... | |
| 0 Reta... | San Franci... | |
| 0 Reta... | San Franci... | |
| 0 Reta... | San Franci... | MD – Adjusted punch to 9:40am per Teyler Kalin |
| 0 Reta... | San Franci... | this morning I forgot to clock in and when i remembered i Quickly did. Was here 20 min early and it just passed my mind. sorry |
| 0 Reta... | San Franci... | |



**Timecard**

Kalin, Teyler   Pay Period: 10/8/11   To: 10/21/11

ID: 159469   GL Site/Dept: 0056/6175
Manager: Volking, Matt   Role: Employee (FT)
Business Group: United States–Retail   Timecard Group: Retail–CA

Pay Group History
Pay Period Summary

**Payroll Summary:**   1 of 3 selected

| Period | Pay Group | Regular | Overtime | Doubletime | Vacation | Sick | Holiday | Bereave | Jury Duty | Paid Shut... | Total (Hrs) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Week 1, Sat, Oct 08 to Fri,... | Retail-CA | 40 | 7.6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 47.6 |
| Week 2, Sat, Oct 15 to Fri,... | Retail-CA | 38.88 | .42 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 39.3 |
| Pay Period Total | | 78.88 | 8.02 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 86.9 |

**Exceptions:**   1 of 8 selected

| Priority | Date | Type | Desc. |
|---|---|---|---|
| High | Mon, Oct 17 | Overtime | Employee qualifying for Overtime Pay for .37 hrs. |
| High | Sat, Oct 15 | Overtime | Employee qualifying for Overtime Pay for .05 hrs. |
| High | Fri, Oct 14 | Overtime | Employee qualifying for Overtime Pay for 5.44 hrs. |
| High | Wed, Oct 12 | Overtime | Employee qualifying for Overtime Pay for .14 hrs. |
| High | Tue, Oct 11 | Overtime | Employee qualifying for Overtime Pay for 1.89 hrs. |
| High | Mon, Oct 10 | Overtime | Employee qualifying for Overtime Pay for .04 hrs. |
| High | Sat, Oct 08 | Overtime | Employee qualifying for Overtime Pay for .1 hrs. |
| Low | Thu, Oct 13 | Lunch Less Than Scheduled | Lunch is less than the scheduled time by 25 mins. |

Weekly Details
Change Log

**Timecard Log Details:**
Double click any row to display Comments.   1 of 2 selected

| Date | Action | By |
|---|---|---|
| 10/22/11 | Approved | Dalsfoist, Marga |
| 10/23/11 | Processed | System |

**Timepair Log Details:**
Week Ending   Fri, Oct 21   1 of 2 selected

| Status | Date | Pay... | From Date | From Time | To Date | To Time | Hour... | Cost Center | Modified By | Modified Date | Comments | Entry Method | Terminal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Latest | Thu, Oct 20 | Regular | 20-Oct-2011 | 12:55 PM | 20-Oct-2011 | 06:16 PM | 05:21 | 0056/6175 | Dalsfoist, M... | 10/22/11 11:0... | I was Tota... | Check In/Out | San Franc... |
| Old | | Regular | 20-Oct-2011 | 01:10 PM | 20-Oct-2011 | 06:16 PM | 05:06 | 0056/6175 | Kalin, Teyler | 10/20/11 8:10... | I was Tota... | Check In/Out | San Franc... |

Comments

Approval

| Approvals | Name | Status | Date |
|---|---|---|---|
| Employee | Kalin, Teyler | Not Submitted | |
| Manager | Dalsfoist, Marga | Approved | 10/22/11 6:05 PM |
| Payroll | Timecard, Payroll | Processed | 10/23/11 8:33 AM |

EXHIBIT 3
WIT: Kalin
DATE: 3-18-14
Shelley M. Sailor, CSR 10254

Apple Need To Know Confidential   3/11/14 3:16 PM



**Timecard**

▼ Kalin, Teyler | Pay Period: 10/8/11 | To: 10/21/11

ID: 159469 — GL Site/Dept: 0056/6175

Manager: Volking, Matt — Role: Employee (FT)

Business Group: United States-Retail — Timecard Group: Retail-CA

▶ Pay Group History
▶ Pay Period Summary
▼ Weekly Details

Week Ending  Fri, Oct 21  ⇕

Double click any row to open Timepair screen          1 of 17 selected

| Date | Pay... | F. | T. | H | Pay... | Team/Ter... | Comments | Cost |
|------|--------|----|----|---|--------|-------------|----------|------|
| Sat, Oct 15 | Reg... | S. | S. | 0 | Reta... | San Franci... | | 0056 |
| | Lunch | S. | S. | 0 | Reta... | San Franci... | | 0056 |
| | Reg... | S. | S. | 0 | Reta... | San Franci... | | 0056 |
| Sun, Oct 16 | | | | | | | | |
| Mon, Oct 17 | Reg... | M | M | 0 | Reta... | San Franci... | | 0056 |
| | Lunch | M | M | 0 | Reta... | San Franci... | | 0056 |
| | Reg... | M | M | 0 | Reta... | San Franci... | | 0056 |
| Tue, Oct 18 | Reg... | T | T | 0 | Reta... | San Franci... | | 0056 |
| | Lunch | T | T | 0 | Reta... | San Franci... | | 0056 |
| | Reg... | T | T | 0 | Reta... | San Franci... | | 0056 |
| Wed, Oct 19 | | | | | | | | |
| Thu, Oct 20 | Reg... | T | T | 0 | Reta... | San Franci... | I was Totally here, I got caught up in a download, I was here at 12:55 though, thank you,  Teyler k | 0056 |
| | Lunch | T | T | 0 | Reta... | San Franci... | | 0056 |
| | Reg... | T | T | 0 | Reta... | San Franci... | | 0056 |
| Fri, Oct 21 | Reg... | F. | F. | 0 | Reta... | San Franci... | | 0056 |
| | Lunch | F. | F. | 0 | Reta... | San Franci... | | 0056 |
| | Reg... | F. | F. | 0 | Reta... | San Franci... | | 0056 |

Weekly Payroll Summary:          1 of 1 selected

| Pay Group | Regular | Overtime | Doubletime | Vacation | Sick | Holiday | Bereave | Jury Duty | Paid Shut... | Total (Hrs) |
|-----------|---------|----------|------------|----------|------|---------|---------|-----------|--------------|-------------|
| Retail-CA | 38.88 | .42 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 39.3 |



CICO

I confirm that my timecard accurately reflects all time that I worked. If this is my last punch of the day, I confirm that I was given an opportunity to take all meal and rest periods for which I was eligible, or I have informed the HR Helpline of any meal or rest periods that I was prevented from taking.

Cancel          Confirm

EXHIBIT  4
WIT: Kalin
DATE: 3-18-14
Shelley M. Sailor, CSR 10254



**https://mypage.apple.com**

Are you sure you want to submit? By clicking below I confirm that my Timecard accurately reflects all time that I worked. I took all meal periods and was given an opportunity to take all rest breaks for which I was eligible. I have informed HR in writing if any of the above is inaccurate.

 Cancel     OK



EXHIBIT _5_
WIT: _Kalin_
DATE: _3-18-14_
Shelley M. Sailor, CSR 10254

Switch to Admin

Apple Inc.
12545 Riata Vista Circle
Austin, TX 78727

00516122

| | | | |
|---|---|---|---|
| Net Pay of | $305.75 | will be available on | Dec 7, 2012 |
| Payment made by: | Deposit to Checking Account | | $305.75 |
| Payment issued to: | Taylor Kalin | | |

2691 24th Ave
San Francisco, CA 94116

NON−NEGOTIABLE

| Employee Number | Payroll File Number | Department Number | Period Beginning | Period Ending | Pay Date |
|---|---|---|---|---|---|
| 159469 | 305806 | 566175 | Nov 17, 2012 | Nov 30, 2012 | Dec 7, 2012 |

| | Federal | California | | | |
|---|---|---|---|---|---|
| Tax Status | Single | Single | Hire Date | | Sep 8, 2010 |
| Exemptions | 0 | 0 | Vacation Hours | | 0.00 |
| (Extra Tax) | 0 | 0 | Sick Hours | | 0.00 |

## Earnings

| | Rate | Hours | This Statement | Total Year to Date |
|---|---|---|---|---|
| Regular | | | | $25,467.63 |
| Sick Leave | | | | $821.24 |
| Vacation | 17.659 | 21.42 | $378.26 | $1,646.66 |
| OverTime | | | | $1,170.93 |
| Holiday | | | | $640.74 |
| Paid Shutdown | | | | $358.20 |
| Bonus | | | | $696.84 |
| Shift Premium | | | | $6.87 |
| Additional Overtime | | | | $0.11 |
| **Gross Pay** | | | **$378.26** | **$30,809.22** |

## Deductions

| Taxes Withheld | This Statement | Total Year to Date |
|---|---|---|
| Federal Income Tax | $42.17 | $3679.13 |

EXHIBIT _6_
WIT: _Kalin_
DATE: _3-18-14_
Shelley M. Sailor, CSR 10254

| | | This Statement | Total Year to Date |
|---|---|---|---|
| Social Security Tax | | $15.88 | $1,253.12 |
| Medicare Tax | | $5.49 | $432.63 |
| California State Income Tax | | $5.18 | $747.68 |
| California SUI/SDI Tax | | $3.79 | $298.28 |
| **Other** | | **This Statement** | **Total Year to Date** |
| Non–Cash Bonus Taxable Income Offset | | | $405.00 |
| Vision | | | $21.16 |
| Post–Tax Supplemental Life | | | $53.13 |
| Accidental Death and Dismemberment Insurance | | | $21.16 |
| Dental Insurance | | | $182.85 |
| Health Insurance | | | $724.73 |
| Traditional 401(k)–Regular Contribution | | | $1,103.46 |
| Long–Term Disability Buy–Up | | | $31.74 |
| | **Net Pay** | **$305.75** | **$20,227.81** |

## Comments

Review W4 status & file new W4 for �13 if necessary. Confirm address in myPage is correct by 12/18/12. Review pay statement & report issues to Mgr or HR Helpline 800–473–7411

## Other Information

| | % | This Statement | Total Year to Date |
|---|---|---|---|
| Taxable Group Term Life * | | 0.00 | 8.68 |
| Total 401(k) Plan Contributions ° | | 0.00 | 1,103.46 |
| Total Benefit Deductions ° | | 0.00 | 981.64 |
| *Included in federal taxable wages | | | |
| °Excluded from federal taxable wages | | | |
| Your federal taxable wages are | | $378.26 | $28,732.80 |

1  JULIE A. DUNNE, Bar No. 160544
   jdunne@littler.com
2  LARA K. STRAUSS, Bar No. 222866
   lstrauss@littler.com
3  LITTLER MENDELSON, P.C.
   501 W. Broadway, Suite 900
4  San Diego, California 92101.3577
   Telephone:   619.515.1821
5  Facsimile:   619.232.4302

6  TODD K. BOYER, Bar No. 203132
   tboyer@littler.com
7  KARIN M. COGBILL, Bar No. 244606
   kcogbill@littler.com
8  NICOLAS T. KELSEY, Bar No. 246060
   nkelsey@littler.com
9  LITTLER MENDELSON, P.C.
   50 W. San Fernando St., 15th Floor
10 San Jose, CA  95113.2303
   Telephone:   408.998.4150
11 Fax No.:     408.288.5686

12 JOSHUA D. KIENITZ, Bar No. 244903
   jkienitz@littler.com
13 LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
14 San Francisco, California  94108-2693
   Telephone:   415.433.1940
15 Fax No.:     415.399.8490

16 Attorneys for Defendant APPLE INC.

17                    UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                      SAN FRANCISCO DIVISION

20 TAYLOR KALIN,                          Case No.  13-CV-04727-WHA

21                Plaintiff,              ASSIGNED TO THE HONORABLE
                                          WILLIAM H. ALSUP
22        v.
                                          **NOTICE OF DEPOSITION OF PLAINTIFF**
23 APPLE INC., a California Corporation,  **TAYLOR KALIN**

24                Defendant.              Complaint Filed:  Oct. 10, 2013
                                          First Amend. Compl. Filed:  Nov. 12, 2013
25

26

27                                        EXHIBIT ___7___
                                          WIT: _Kalin_
28                                        DATE: _3-18-14_
                                          Shelley M. Sailor, CSR 10254

LITTLER MENDELSON, P.C.     NOTICE OF DEPOSITION OF              Case No. C 13-04727 WHA
50 W. SAN FERNANDO ST.,     PLAINTIFF TAYLOR KALIN
   15TH FLOOR
SAN JOSE, CA 95113-2431
   408.998.4150

TO PLAINTIFF TAYLOR KALIN AND HER ATTORNEYS OF RECORD:

YOU ARE HEREBY NOTIFIED that pursuant to Federal Rule of Civil Procedure 30, Defendant Apple Inc. ("Apple") will take the deposition by oral examination of Plaintiff Taylor Kalin ("Plaintiff") on Tuesday, March 18, 2014, commencing at 10:00 a.m., at the offices of Littler Mendelson, located at 650 California Street, 20th Floor, San Francisco, California 94108.  It is agreed by and between the parties that the deposition will continue on a mutually convenient date, if necessary.

You are further notified that pursuant to Federal Rule of Civil Procedure 30, Apple will take Plaintiff's deposition before a notary public or some other officer authorized by law to administer oaths and in addition to recording the testimony stenographically, Apple reserves the right to record the testimony by videotape.

Said deposition will take place for the purpose of cross-examination and for all other purposes and uses authorized by the federal rules of civil procedure and evidence.

PLEASE TAKE FURTHER NOTICE that Apple requests that Plaintiff produce for inspection and copying the following documents, records, or other materials at said deposition:

### DEFINITIONS AND INSTRUCTIONS

For the purposes of these requests, the following definitions and instructions shall apply:

1.      "DOCUMENT(S)" means any writing of any kind, including any and all notes made contemporaneously with meetings or conversations, books, records, letters, telegrams, memoranda, electronic mail messages, reports, studies, speeches, calendars or diary entries, tabulations, data compilations, drawings, graphs, charts, photographs, computer disks, backup tapes and diskettes and other data compilations from which information can be obtained or tabulated through detection devices into reasonably usable forms.   "DOCUMENTS" also includes reproductions or film impressions of any of the aforementioned documents, tape recordings and copies of documents, which are not identical duplicates of the originals and copies of all documents of which the originals are not in the possession, custody or control of Kalin.

///

LITTLER MENDELSON, P.C.
50 W. SAN FERNANDO ST.,
15TH FLOOR
SAN JOSE, CA  95113-2431
408.998.4150

NOTICE OF DEPOSITION OF
PLAINTIFF TAYLOR KALIN

2.

Case No. C 13-04727 WHA

2.      Electronically stored DOCUMENTS or information (referred to as "ESI") should be produced in hard copy or as .PDF files on a CD or DVD. However, Apple reserves the right to request production of any ESI in native format (including TIFF files, HTML, Word, Word Perfect, Excel or any other original program) and/or in an alternate electronic format that displays relevant metadata, including but not limited to, the date a particular document or information was accessed, viewed, retrieved, created, modified, moved, deleted or otherwise manipulated in any way and the users and/or authors to such actions. Production of ESI in hard copy or in .PDF files on a CD or DVD shall in no way alleviate Kalin of the obligation to preserve and maintain all ESI and all copies or other versions of ESI in their native format, native location and with all accessible metadata.

3.      Whenever it is necessary to bring within the scope of these document requests DOCUMENTS that might otherwise be construed outside its scope:

a.   The words "and" and "or" shall be construed both disjunctively and conjunctively;

b.   The words "any" and "all" shall be construed to mean "any and all";

c.   The singular shall include the plural and vice versa;

d.   The words "include(s)" and "including" shall be construed to mean "without limitation"; and

e.   Any feminine pronoun shall be deemed to include the masculine or the neuter, and vice versa, as may be appropriate.

4.      These requests require that Kalin make available for inspection and copying each responsive DOCUMENT within Kalin's actual or constructive possession, custody or control, including DOCUMENTS that Kalin has a right to secure from any other source. These sources include, but are not limited to, Kalin's agents, attorneys, accountants, consultants, advisors or other persons acting or purporting to act on Kalin's behalf.

5.      Each category of DOCUMENTS in these requests seeks production of each responsive document in its entirety, without abbreviation or expurgation, including all attachments

///

LITTLER MENDELSON, P.C.
50 W. SAN FERNANDO ST.,
15TH FLOOR
SAN JOSE, CA 95113-2431
408.998.4150

NOTICE OF DEPOSITION OF
PLAINTIFF TAYLOR KALIN

3.

Case No. C 13-04727 WHA

1  or other matters affixed hereto.  These requests shall be deemed continuing so as to require further

2  and supplemental production by Kalin.

3          6.      Any document responsive to these requests that is withheld from production

4  shall be identified with the following information:

5              a.  The date the document bears;

6              b.  The type of document, whether letter, memoranda, etc.;

7              c.  The subject matter of the document;

8              d.  The name(s) of the author(s) of the document;

9              e.  The name(s) of the recipient(s) of the document;

10             f.  The name of each person who received a copy of the document, whether

11                 indicated or by blind copy;

12             g.  The name and address of the current or most recent custodian of the

13                 document; and

14             h.  The extent, and specific ground(s) for, each objection to the production and, in

15                 particular, the nature of any privilege claimed as to the document and all facts

16                 upon which the assertion of the privilege is based.

17         7.      If only portions of an otherwise responsive document contains information

18  subject to a claim of privilege, only those portions of the document subject to the claim of privilege

19  shall be deleted or redacted from the document, and the rest of the document shall be produced.

20         8.      Any document responsive to any demand in these requests that was, but no

21  longer is, in Kalin's possession, custody, or control, whether actual or constructive, shall be

22  described as completely as possible, and the following information shall be provided

23             a.  The manner of disposal, including destruction, loss, discarding, or other

24                 means of disposal;

25             b.  The date of disposal;

26             c.  The reason for disposal;

27             d.  The person authorizing the disposal;

28             e.  The person disposing of the document; and

LITTLER MENDELSON, P.C.
50 W. SAN FERNANDO ST.,
15TH FLOOR
SAN JOSE, CA 95113-2431
408.998.4150

NOTICE OF DEPOSITION OF                    4.                    Case No. C 13-04727 WHA
PLAINTIFF TAYLOR KALIN

1      f.   The name and address of the most recent custodian of the document.

2      9.   The term "COMPLAINT" is defined as the First Amended Complaint filed by

3   Taylor Kalin in the United States District Court for the Northern District of California on November

4   12, 2013, designated as Case No. 13-CV-04727-WHA.

5   **REQUESTS FOR PRODUCTION OF DOCUMENTS**

6   **REQUEST FOR PRODUCTION NO. 1:**

7        Any and all DOCUMENTS that relate to, refer to, or show communications, oral or

8   written, between you and Apple regarding the allegations of the COMPLAINT, including, but not

9   limited to, policies, training materials, time records, journals, notes, complaints, receipts, work

10  schedules, email communications, text messages, voicemails, letters, telephone scripts, and

11  correspondence from online forums and/or social networking websites.

12  **REQUEST FOR PRODUCTION NO. 2:**

13       Any and all DOCUMENTS that relate to, refer to or show communications, oral or

14  written, between any other Apple employee and Apple regarding the allegations of the

15  COMPLAINT, including, but not limited to, policies, training materials, time records, journals,

16  notes, complaints, receipts, work schedules, email communications, text messages, voicemails,

17  letters, telephone scripts, and correspondence from online forums and/or social networking

18  websites..

19  **REQUEST FOR PRODUCTION NO. 3:**

20       Any and all communications or correspondence between any current or former Apple

21  employee (including you) and any Apple supervisor relating or referring to the allegations of the

22  COMPLAINT, including email communications, text messages, voicemails, letters, telephone

23  scripts, and correspondence from online forums and/or social networking websites.

24  **REQUEST FOR PRODUCTION NO. 4:**

25       Any and all DOCUMENTS that relate to, refer to or show communications, oral or

26  written, between you and any other named or opt-in plaintiff in this action, including email

27  communications, text messages, voicemails, letters, telephone scripts, and correspondence from

28  online forums and/or social networking websites.

LITTLER MENDELSON, P.C.
50 W. SAN FERNANDO ST.,
15TH FLOOR
SAN JOSE, CA  95113-2431
408.998.4150

NOTICE OF DEPOSITION OF
PLAINTIFF TAYLOR KALIN                    5.                    Case No. C 13-04727 WHA

1   **REQUEST FOR PRODUCTION NO. 5:**

2            Any and all communications or correspondence you or your counsel have had with

3   any person (including but not limited to current and/or former employees of Apple) relating or

4   referring to the claims alleged in the COMPLAINT, including email communications, text messages,

5   voicemails, letters, telephone scripts, and correspondence from online forums and/or social

6   networking websites.

7   **REQUEST FOR PRODUCTION NO. 6:**

8            Any and all DOCUMENTS that show what days and times you actually worked

9   while employed by Apple during the period from October 10, 2009 to the present, including but not

10   limited to time records.

11   **REQUEST FOR PRODUCTION NO. 7:**

12            Any and all DOCUMENTS that show what days and times you were scheduled to

13   work at Apple during the period from October 10, 2009 through your separation, including but not

14   limited to work schedules.

15   **REQUEST FOR PRODUCTION NO. 8:**

16            Any and all DOCUMENTS that relate to your work assignments, job duties and

17   responsibilities, as well as any changes to the same, during your employment with Apple, including,

18   but not limited to, any and all job or performance evaluations and training materials.

19   **REQUEST FOR PRODUCTION NO. 9:**

20            Any and all DOCUMENTS that reflect or relate to evaluations of your performance

21   at Apple.

22   **REQUEST FOR PRODUCTION NO. 10:**

23            Any and all DOCUMENTS that reflect or relate to discipline you received, including

24   but not limited to any warning or counseling, during your employment with Apple.

25   **REQUEST FOR PRODUCTION NO. 11:**

26            Any and all DOCUMENTS that reflect or relate to criticisms or negative comments

27   about your work performance that you received from Apple during your employment with Apple.

28   ///

LITTLER MENDELSON, P.C.
50 W. SAN FERNANDO ST.,
15TH FLOOR
SAN JOSE, CA 95113-2431
408.998.4150

NOTICE OF DEPOSITION OF
PLAINTIFF TAYLOR KALIN
      6.      Case No. C 13-04727 WHA

1   **REQUEST FOR PRODUCTION NO. 12:**

2          Any and all DOCUMENTS that reflect or relate to commendations, awards or

3   positive comments about your work performance that you received from Apple during your

4   employment with Apple.

5   **REQUEST FOR PRODUCTION NO. 13:**

6          Any and all DOCUMENTS that relate to and/or reflect compensation you received

7   from Apple from October 10, 2009 to the present, including but not limited to wage statements,

8   paychecks or paycheck stubs, and direct deposit slips.

9   **REQUEST FOR PRODUCTION NO. 14:**

10          Any and all DOCUMENTS that relate to, reflect and/or constitute any diaries,

11   journals, summaries, appointment books, client books, memoranda, day planners, or calendar entries

12   of any kind, that refer to your employment with Apple.

13   **REQUEST FOR PRODUCTION NO. 15:**

14          Any and all DOCUMENTS that refer, relate and/or pertain to, or otherwise evidence

15   or memorialize any complaints you made to any employee or agent of Apple about your

16   employment, including but not limited to complaints about personal package and bag searches,

17   technology checks or payment of wages.

18   **REQUEST FOR PRODUCTION NO. 16:**

19          Any and all DOCUMENTS that constitute, relate to and/or substantiate any charges

20   or complaints you filed with any federal, state, or local governmental agencies or entities, including

21   but not limited to, the U.S. Department of Labor, the Equal Employment Opportunity Commission,

22   and/or the Division of Labor Standards Enforcement or California Labor Commissioner regarding

23   Apple or any of Apple's employees or agents.

24   **REQUEST FOR PRODUCTION NO. 17:**

25          Any and all DOCUMENTS that relate to, refer to or show any and all criminal

26   proceedings brought against you at any time.

27   ///

28   ///

LITTLER MENDELSON, P.C.
50 W. SAN FERNANDO ST.,
15TH FLOOR
SAN JOSE, CA 95113-2431
408.998.4150

NOTICE OF DEPOSITION OF
PLAINTIFF TAYLOR KALIN                    7.                    Case No. C 13-04727 WHA

**REQUEST FOR PRODUCTION NO. 18:**

Any and all DOCUMENTS that relate to, refer to or show any and all civil lawsuits or other actions brought by or against you within the last ten (10) years, including, but not limited to, any bankruptcies or other civil actions.

**REQUEST FOR PRODUCTION NO. 19:**

Any and all DOCUMENTS that relate to, refer to or show any and all civil administrative proceedings brought by or against you within the last ten (10) years, including, without limitation, claims for disability benefits, workers' compensation benefits, and/or unemployment benefits.

**REQUEST FOR PRODUCTION NO. 20:**

Any and all DOCUMENTS regarding or related to recording your work time at Apple including but not limited to, policies about recording all hours worked, reminders about recording all hours worked, and instructions on how to record your time.

**REQUEST FOR PRODUCTION NO. 21:**

Any and all DOCUMENTS that show, contain and/or reference the dates and times on which you contend you worked time that was not recorded due to you having undergone or waited for a personal package and bag search during your employment with Apple.

**REQUEST FOR PRODUCTION NO. 22:**

Any and all DOCUMENTS that show, contain and/or reference the dates and times during your employment with Apple on which you contend that Apple failed to pay you correctly for all hours worked due to you having undergone or waited for a personal package and bag search.

**REQUEST FOR PRODUCTION NO. 23:**

Any and all DOCUMENTS that show, contain and/or reference calculations of the amount of unpaid wages that you believe that Apple owes you due to you having undergone or waited for a personal package and bag search.

**REQUEST FOR PRODUCTION NO. 24:**

Any and all DOCUMENTS that refer to, support or substantiate your second claim for Violations of the Fair Labor Standards Act as alleged in the COMPLAINT.

LITTLER MENDELSON, P.C.
50 W. SAN FERNANDO ST.,
15TH FLOOR
SAN JOSE, CA 95113-2431
408.998.4150

NOTICE OF DEPOSITION OF
PLAINTIFF TAYLOR KALIN

8.

Case No. C 13-04727 WHA

1  **REQUEST FOR PRODUCTION NO. 25:**

2          Print-outs, screen shots or other DOCUMENTS from any internet website, online

3  forum, blog or social networking site (including but not limited to Twitter, Facebook, YouTube,

4  MySpace, LinkedIn or Google+) to which or through which you or your counsel have posted any

5  information or communicated regarding or referencing your employment with Apple and/or any

6  information related to any of the claims in the COMPLAINT.

7  **REQUEST FOR PRODUCTION NO. 26:**

8          Any and all non-privileged DOCUMENTS that constitute and/or reflect statements

9  you and/or others acting on your behalf obtained at any point that reference the claims at issue in the

10 COMPLAINT, including but not limited to declarations, affidavits, completed surveys, completed

11 questionnaires and/or other written statements.

12 **REQUEST FOR PRODUCTION NO. 27:**

13         Any and all photos or audio or video recordings of Apple employees at work or on

14 Apple premises, made by or on your behalf at any time.

15 **REQUEST FOR PRODUCTION NO. 28:**

16         Any and all photos or audio or video recordings of any Apple store or other Apple

17 premises, made by or on your behalf at any time.

18 **REQUEST FOR PRODUCTION NO. 29:**

19         Any and all DOCUMENTS that relate to and/or substantiate the contention that

20 Plaintiff was required to arrive prior to his shift and wait to clock in, as alleged in paragraph 13 of

21 the COMPLAINT.

22 **REQUEST FOR PRODUCTION NO. 30:**

23         Any and all DOCUMENTS that relate to and/or substantiate the contention that "the

24 check-in time [took] anywhere from five to 45 minutes or more," as alleged in paragraph 15 of the

25 COMPLAINT.

26 ///

27 ///

28 ///

LITTLER MENDELSON, P.C.
50 W. SAN FERNANDO ST.,
15TH FLOOR
SAN JOSE, CA 95113-2431
408.998.4150

NOTICE OF DEPOSITION OF
PLAINTIFF TAYLOR KALIN                           9.                          Case No. C 13-04727 WHA

**REQUEST FOR PRODUCTION NO. 31:**

Any and all DOCUMENTS that relate to and/or substantiate the contention that "Kalin and other Hourly Employees were required to undergo personal package and bag searches before they were permitted to leave the store," as alleged in paragraph 16 of the COMPLAINT.

**REQUEST FOR PRODUCTION NO. 32:**

Any and all DOCUMENTS that relate to and/or substantiate the contention that "Plaintiff and other Hourly Employees were and are required to wait in line for security checks for at least 10-15 minutes each day before leaving for their meal breaks and at the end of their shift after they had already clocked out," as alleged in paragraph 17 of the COMPLAINT.

**REQUEST FOR PRODUCTION NO. 33:**

Any and all DOCUMENTS that relate to and/or substantiate the contention that "Hourly Employees are forced to wait in these lines and undergo lengthy off-the-clock security screenings before they are allowed to leave the premises," as alleged in paragraph 18 of the COMPLAINT.

**REQUEST FOR PRODUCTION NO. 34:**

Any and all DOCUMENTS that relate to and/or substantiate the contention that "[w]aiting in lines to clock in, waiting in lines to check equipment in, and waiting in line and undergoing security checks were significant, integral, indispensable, not de minimis tasks or requests," as alleged in paragraph 21 of the COMPLAINT.

**REQUEST FOR PRODUCTION NO. 35:**

Any and all DOCUMENTS that relate to and/or substantiate the contention that members of the FLSA Collective Class, as defined in paragraph 27 of the COMPLAINT, are similarly situated within the meaning of 29 U.S.C. 216(b).

**REQUEST FOR PRODUCTION NO. 36:**

Any and all DOCUMENTS that relate to and/or substantiate the contention that Plaintiff is an "aggrieved employee" within the meaning of California Labor Code section 2699(c), as alleged in paragraph 65 of the COMPLAINT.

///

LITTLER MENDELSON, P.C.
50 W. SAN FERNANDO ST.,
15TH FLOOR
SAN JOSE, CA 95113-2431
408.998.4150

NOTICE OF DEPOSITION OF
PLAINTIFF TAYLOR KALIN

10.

Case No. C 13-04727 WHA

1  **REQUEST FOR PRODUCTION NO. 37:**

2      Any and all DOCUMENTS you have taken or removed from Apple's premises that

3  refer to personal package and bag searches of employees or that otherwise relate in any way to the

4  allegations in the COMPLAINT.

5  **REQUEST FOR PRODUCTION NO. 38:**

6      Any and all DOCUMENTS you have downloaded, copied, or otherwise obtained

7  from Apple's computer systems that refer to personal package and bag searches of employees or that

8  otherwise relate in any way to the allegations of the COMPLAINT.

9  Dated: February 13, 2014

10

11

12  JOSHUA D. KIENTZ
    LITTLER MENDELSON, P.C.

13  Attorneys for Defendant APPLE INC.

14  Firmwide:125441123.2 074600.1005

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DEPOSITION OF                    11.                    Case No. C 13-04727 WHA
PLAINTIFF TAYLOR KALIN

**PROOF OF SERVICE BY MAIL**

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On February 13, 2014, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

NOTICE OF DEPOSITION OF PLAINTIFF TAYLOR KALIN

in a sealed envelope, postage fully paid, addressed as follows:

Kimberly A. Kralowec
THE KRALOWEC LAW GROUP
188 The Embarcadero, Suite 800
San Francisco, CA 94105

Louis Ginsberg
LAW FIRM OF LOUIS GINSBERG, P.C.
1613 Northern Boulevard
Roslyn, NY 11576

Lee S. Shalov
Brett Gallaway
McLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016

Lonnie C. Blanchard, III
Jeffrey D. Holmes
THE BLANCHARD LAW GROUP, APC
3311 East Pico Boulevard
Los Angeles, CA 90023

Peter R. Dion-Kindem
THE DION-KINDEM, P.C.
PETER R. DION-KINDEM, P.C.
21550 Oxnard Street, Suite 900
Woodland Hills, CA 91367

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 13, 2014, at San Francisco, California.

_____
Winnie Lee

Firmwide:125482106.1 074600.1005

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE                    1.                    Case No. C 13-04727 WHA