JULIE A. DUNNE, Bar No. 160544,
jdunne@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101
Telephone: 619.232.0441
Facsimile: 619.232.4302

TODD K. BOYER, Bar No. 203132
tboyer@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, California 95113.2303
Telephone: 408.998.4150
Facsimile: 408.288.5686

JOSHUA D. KIENITZ, Bar No. 244903
jkienitz@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: 415.399.8451
Facsimile: 415.358.4566

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMANDA FRLEKIN, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>APPLE INC.,<br><br>                    Defendant. | Lead Case No. C 13-03451 WHA; Consolidated Case No. C 13-3775-WHA<br><br>**SUPPLEMENTAL DECLARATION OF CAROL MONKOWSKI** |
| ADAM KILKER, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>APPLE INC.,<br><br>                    Defendant. | Hearing Date: May 22, 2014<br>Time: 8:00 a.m.<br>Judge: The Hon. William H. Alsup<br>Courtroom: 8 |

I, Carol Monkowski, declare as follows:

1.      I am currently employed by Apple.  I have worked for Apple for approximately 12 years.  I started in 2001 as a store manager and then became a general manager for two retail stores in Detroit, Michigan, in 2002.  In approximately 2005, I transitioned into a Regional Director role, which is now referred to as a Market Director, and was in that position until September 2013.  In addition, from 2008 until 2011, I spent half of my time in corporate partnering on operations and initiatives. In 2011, this role was made official as the Senior Director of Field Operations.  From 2011 to 2013, I continued supporting the field in dual roles as the Senior Director of Field Operations and Senior Market Director.  In September 2013, I moved into my current position, Senior Director of Store Strategies.

2.      Since 2008, I have been part of the corporate-level team that oversees retail operations in the United States.   My responsibilities include reviewing and updating written policies applicable to retail stores as well as setting corporate expectations.  I also have visibility to and input on corporate-generated training programs applicable to retail stores.  I have personal knowledge of the facts in this declaration or know them based on my review of records that Apple maintains in the regular course of its business operations.  I could and would competently testify to the facts in this declaration if called to do so.

3.      On December 20, 2013, I signed a declaration in connection with this lawsuit, which declaration I understand was filed with the Court.  (*See* Dkt. No. 97.)  On January 8, 2014, I was deposed as Apple's designated Person Most Knowledgeable pursuant to Federal Rule of Civil Procedure 30(b)(6) on topics including the following: "Apple's corporate-generated bag check policies applicable to retail store employees as well as corporate-generated directives (if any) and expectations about package and bag checks applicable to retail store employees during the relevant statute of limitations periods."  I understand that the transcript of my deposition and all exhibits about which I testified during my deposition were also filed with this Court.  (*See* Dkt. No. 135.)

4.      Exhibit 8 at my deposition was an Employee Conduct policy applicable at Apple retail stores, updated January 24, 2013 (Version 10).  Exhibit 9 at my deposition was the version of the same Employee Conduct policy that was updated July 1, 2013 (Version 11).  The current version

1  of the Employee Conduct policy, updated July 31, 2013, is attached hereto as **Exhibit A** (a
2  document stamped APL-FRLEKIN_00002427-2445).  The below-quoted language is the same in all
3  three of above-referenced versions of the policy.  Further, my testimony in this declaration applies to
4  the time period from 2008 to the present (the time period during which, as explained in Paragraph 2
5  above, I have had responsibilities on a corporate-level team overseeing retail store operations across
6  the United States).

7      5.      Apple shirts are discussed in the Employee Conduct policy under the "Employee
8  Presentation" heading.   Under the "Basics to Remember" subheading, the policy provides, in
9  relevant part: "Apple-provided T-shirts and employee-specific badges should be worn at all times
10  while working in the store."  Employees are not required to wear Apple shirts or badges on non-
11  working (off-the-clock) time.  Employees may put on their Apple shirts and badges after they have
12  clocked in (*i.e.*, on working time).

13      6.      Under the "When to Wear" subheading, the Employee Conduct policy provides:
14  "Apple T-shirts are to be worn during scheduled work time only.  Be sure to cover up when traveling
15  to and from work."  Consistent with this policy language, Apple retail employees across the country
16  *may* (but are not required to) put on their Apple shirts at home (or at any other time before they enter
17  the store).  If an employee chooses to put on his or her Apple shirt before entering the store, Apple
18  simply asks that the employee "cover up when traveling to and from work."  Employees can "cover
19  up" with a coat, a jacket, a sweater, a fleece, another t-shirt, or any other article of clothing.

20      7.      Employees may also choose to roll up their Apple shirts and carry them to work (on a
21  bike, in a car, by foot, or by train – however the employee gets to and from home).  Because simply
22  rolling up and carrying a shirt is not *wearing* the shirt, there is no requirement that employees "cover
23  up" a hand-carried Apple shirt while traveling to and from work.

24      I declare under penalty of perjury under the laws of the United States and the State of
25  California that the foregoing is true and correct.  Dated April 9, 2014 and signed in Cupertino,
26  California.

27
28

_____
CAROL MONKOWSKI

# EXHIBIT A



# Employee Conduct

Reference these policies, in addition to HRWeb and our Business Conduct policy, to know what's expected of you—ethical, honest, professional behavior, day in and day out.

### AOU iPhones                                    3
Apple supplies specific leadership and exempt roles with an iPhone.

### App Development                                4
We all love using apps. Employees, however, are subject to policies regarding the development of apps.

### Business Conduct                               4
All Apple employees, including Apple Store employees, must comply with Apple's Business Conduct Policy.

### Confidentiality                                5
Apple expects all employees to help protect confidential business information and trade secrets.

### Copyrights, Trademarks, and Patents           7
Apple takes steps to protect its own creative designs, copyrights, trademarks, and patents, and respects those of others.

### Employee Presentation                          8
We are the face of Apple to the world, and the way we present ourselves reflects our brand.

### Employee Package and Bag Searches             10
Your personal belongings must be checked by a manager or security before you leave the store.

### Entrance and Exit                              11
Employees should enter and exit the store through the employee entrance.

### Gifts and Gratuities                           12
Employees are not to give or accept gifts to or from vendors or customers.

### Harassment                                     12
Apple is committed to providing a workplace free of harassment of any kind.

### Retaliation                                    12
Retaliation is not tolerated.

Apple Internal Use Only. Updated July 31, 2013, by Retail HR and Retail Legal. Version 1.1. United States.
"Shake to Feedback" and choose Support for questions or comments about this policy.

APL-FRLEKIN_00002427



# Employee Conduct

Reference these policies, in addition to HRWeb and our Business Conduct policy, to know what's expected of you—ethical, honest, professional behavior, day in and day out.

### Insider Trading 12

Employees cannot trade securities while aware of material, nonpublic information.

### Lockers and Lost Articles 13

Employees are responsible for the safekeeping of personal property in the store.

### Nursing Mothers at Work 14

Apple provides employees who are nursing mothers the opportunity and space to express breast milk.

### Personal Technology at Work 15

There are a few rules to follow when bringing personal technology to work.

### Social Media & Online Communications 16

It is important that employees understand Apple's expectations when they participate in online activities.

### Visitors and Personal Phone Calls 17

To maintain a professional environment, there are guidelines for personal visitors and phone calls in the store.

### Volunteering and Donations 18

Apple employees are encouraged to give back to their communities.

### Work Schedule 19

Apple employees are expected to know their work schedule.

Apple Internal Use Only. Updated July 31, 2013, by Retail HR and Retail Legal. Version 1.1. United States. "Shake to Feedback" and choose Support for questions or comments about this policy.

APL-FRLEKIN_00002428

Home  ▶

# AOU iPhones

Apple supplies specific leadership and exempt roles with an iPhone.

### General Overview

iPhones are provided to some employees primarily as a business and sales tool. They remain the property of Apple and must be returned in usable condition upon termination of employment. Generally, upgrades or replacements happen every 2.5 years when replacing nonworking units, or if directed to upgrade by Market Support or IS&T.

iPhone devices with in-warranty damages or problems will be repaired or replaced under normal warranty terms and conditions.

### Do

- Contact your Retail Assistant to request an AOU iPhone.

- Return the AOU iPhone to the Retail Assistant in sellable condition upon ending employment at Apple.

Apple Internal Use Only. Updated July 31, 2013, by Retail HR and Retail Legal. Version 1.1. United States.
"Shake to Feedback" and choose Support for questions or comments about this policy.

APL-FRLEKIN_00002429

Home ▶

## App Development

We all love using apps. Employees, however, are subject to policies regarding the development of apps.

Refer to Business Conduct Training on RetailMe or the <u>Business Conduct Policy</u> for the complete policy.

## Business Conduct

All Apple employees, including Apple Store employees, must comply with Apple's Business Conduct Policy.

Refer to Business Conduct Training on RetailMe or the <u>Business Conduct Policy</u> for the complete policy.

Apple Internal Use Only. Updated July 31, 2013, by Retail HR and Retail Legal. Version 1.1. United States.
"Shake to Feedback" and choose Support for questions or comments about this policy.

APL-FRLEKIN_00002430

Home  ▸

# Confidentiality

Apple expects all employees to help protect confidential business information and trade secrets.

## General Overview

Apple takes steps to protect its own confidential information, including proprietary information and trade secrets, and respects the confidential information of others. Apple expects all employees to take responsibility for protecting these sources of confidential information. Examples of confidential information include, but are not limited to the following:

- Sales and financial information of any kind, including store and individual metrics, product availability, and constraints.
- Product roadmaps and launch dates, and agreements with our business partners concerning Apple's products and business ventures.
- Information concerning Apple's business and products shared through store meetings, corporate meetings, RetailMe, KBase, or any other internal Apple resource.

Employees who violate their confidentiality obligations are subject to disciplinary action, up to and including termination of employment. Civil and criminal penalties may also be imposed. For more information on your obligations with respect to confidential information, see your Intellectual Property Agreement with Apple and Apple's Business Conduct Policy.

## Do

- Be cautious of conversations with other employees on the salesfloor about Apple product related issues. Customers often overhear these conversations which can lead to misinformation and rumors about new products or other "news."

- Do not speculate and comment on company announcements. Apple hopes to protect customers from making decisions based on information that is incomplete, inaccurate, or subject to change before the formal announcement.

- Allow only those individuals on Apple's official disclosure list to receive and discuss information pertaining to unannounced company information.

APL-FRLEKIN_00002431

Home  ▶

## Do Not

- ⚠ Do not disclose any third-party information unless authorized by the third party to do so and until you have signed a confidentiality agreement between that third party and Apple.

- ⚠ Do not create websites purporting to be official store website. This includes, but is not limited to, theater presentations, store openings, posting schedules, or other store events.

- ⚠ Do not post messages or commentary on Mac and Apple-related websites about Apple business (products or services), whether you identify yourself as an Apple employee or not.

- ⚠ Do not confirm or deny any information about Apple business (products or services), even if customers pressure you by saying they are about to make or influence a substantial purchase.

- ⚠ Do not refer customers to non-Apple websites as sources of information about Apple business (products or services).

- ⚠ Do not comment on rumors about Apple business decisions, products, programs, or promotions that have not been officially announced by Apple. Speculating on rumors about those topics with internal Apple colleagues is strictly prohibited.

## Additional Resources

- View Apple's full Privacy Policy on Apple.com.

APL-FRLEKIN_00002432

Home ▶

## Copyrights, Trademarks, and Patents

Apple takes steps to protect its own creative designs, copyrights, trademarks, and patents, and respects those of others.

Refer to Business Conduct Training on RetailMe or the Business Conduct Policy for the complete policy.

APL-FRLEKIN_00002433

Home ▶

# Employee Presentation

We are the face of Apple to the world, and the way we present ourselves reflects our brand.

## Basics to Remember

- Apple-provided T-shirts and employee-specific badges should be worn at all times while working in the store.

- Your clothing should be neat, unwrinkled, clean, and appropriately and professionally sized.

- Come to work prepared. If you arrive without your shirt or if the Leader on the Floor determines that your attire or shoes are inappropriate, you will need to go home to retrieve your Apple logo shirt or change as needed prior to performing any work or clocking in.

- Don't eat, drink, or chew gum on the salesfloor.

## Attire

- Apple-provided T-shirt or fleece.

- Business team (and approved extended Business team members) should wear the Business polo.

- The only clothing allowed over your Apple-provided T-shirt is the Apple-provided fleece.

- If you are wearing an Apple-provided fleece, you must wear your Apple-provided T-shirt under it.

- If you are pregnant, wear any comfortable, solid color top consistent with the current color of the staff shirt.

- Bottoms are employee choice. Shoes are employee choice—however, we recommend closed-toe shoes for your safety.

## Lanyard

- Apple-provided lanyard with your legal name or appropriate nickname (i.e., Michael or Mike). Nicknames such as Super Genius, Mac King, iPod Princess, etc. should not be printed on badges.

- Keep it simple. Do not add embellishments like stickers, pins, or buttons to your lanyard. Also, do not hang tools or pens from your lanyard.

APL-FRLEKIN_00002434

Home  ▶

## Optional Extras

- Hats, wraps, and headbands are permitted but can't cover the front of your shirt (Apple logo) or your lanyard. You must remain easily recognizable by customers.

- Only professional looking, plain, solid-colored, or official Apple logo hats are permitted.

## When to Wear

- Apple T-shirts are to be worn during scheduled work time only. Be sure to cover up when traveling to and from work.

## When Apple Shirts Retire

- Request new T-shirts when yours become worn or faded.

- Employees cannot keep their old shirts when they're replaced. They must be recycled according to the T-Shirt Recycling policy.

- Apple-provided T-shirts cannot be sold or donated.

- See the Reuse and Recycling policy on RetailMe for directions on how to recycle our T-shirts.

APL-FRLEKIN_00002435

Home ▸

# Employee Package and Bag Searches

Your personal belongings must be checked by a manager or security before you leave the store.

## General Overview

Apple provides all of the tools and materials at the store that you will need to perform your job. If you elect to bring personal belongings to work, like bags, packages, or personal Apple devices, we will provide you with space (to the extent possible) to store those belongings during the workday.

All employees, including managers and Market Support employees, are subject to personal package and bag searches. Personal technology must be verified against your Personal Technology Card (see section in this document) during all bag searches.

Failure to comply with this policy may lead to disciplinary action, up to and including termination.

## Do

- Find a manager or member of the security team (where applicable) to search your bags and packages before leaving the store.

## Do Not

- Do not leave the store prior to having your personal package or back searched by a member of management or the security team (where applicable).

- Do not have personal packages shipped to the store. In the event that a personal package is in the store, for any reason, a member of management or security (where applicable) must search that package prior to it leaving the store premises.

Apple Internal Use Only. Updated July 31, 2013, by Retail HR and Retail Legal. Version 1.1. United States.
"Shake to Feedback" and choose Support for questions or comments about this policy.

APL-FRLEKIN_00002436

Home  ▶

# Entrance and Exit

Employees should enter and exit the store through the employee entrance.

## General Overview

For your safety and security, you must enter and exit through the designated employee entrance. Usually this is the front door of the store. Your store leader will tell you the designated entrance for your location.

### Do

- Make sure there are always two people in the store at all times, one of whom must be a manager.

- Managers are allowed to be in the store with one authorized member which includes store employees, mall security, and law enforcement.

- Make sure all vendors show a company ID card prior to entering the store during nonbusiness hours.

### Do Not

- Do not be in the store by yourself under any circumstances.

- Non-manager employees cannot be in the store without a manager present.

- Do not be in the store outside of business hours for nonbusiness reasons without the Market Leader's approval.

APL-FRLEKIN_00002437

Home ▶

## Gifts and Gratuities

Employees are not to give or accept gifts to or from vendors or customers.

Refer to Business Conduct Training on RetailMe or the Business Conduct Policy for the complete policy.

## Harassment

Apple is committed to providing a workplace free of harassment of any kind.

Refer to HRWeb for the complete Harassment policy.

## Retaliation

Retaliation is not tolerated.

Apple will not retaliate against any employee for filing a complaint or participating in the investigation of any such complaint and will not tolerate retaliation by management, employees, or coworkers.

Refer to HRWeb for the complete Harassment policy.

## Insider Trading

Employees cannot trade securities while aware of material, nonpublic information.

Refer to Business Conduct Training on RetailMe or the Business Conduct Policy for the complete policy.

APL-FRLEKIN_00002438

Home ▶

## Lockers and Lost Articles

Employees are responsible for the safekeeping of personal property in the store.

### General Overview

Employees may use lockers during their shift to safeguard their personal property. Lockers are the property of Apple and are subject to inspection at any time. Employees consent to such inspections by making use of these company-provided lockers.

### Do

- Managers: Provide each employee with a combination lock and locker for use during his or her shift.

- Managers: Complete an Incident Report and route it to Loss Prevention when lost property is reported.

- Lock all personal property in a locker during your shift.

- Report any missing personal items or personal assets to your manager, who will fill out an Incident Report and then contact Loss Prevention at Market Support.

- Take home all personal property and locker lock at the end of each shift.

### Do Not

- Do not bring illegal, or similarly inappropriate items into the store.

- Do not bring valuables to the store.

APL-FRLEKIN_00002439

Home ▶

# Nursing Mothers at Work

Apple provides employees who are nursing mothers the opportunity and space to express breast milk.

Refer to HRWeb for the complete Nursing Mothers policy.

Apple Internal Use Only. Updated July 31, 2013, by Retail HR and Retail Legal. Version 1.1. United States.
"Shake to Feedback" and choose Support for questions or comments about this policy.

APL-FRLEKIN_00002440

Home ▶

# Personal Technology at Work

There are a few rules to follow when bringing personal technology to work.

## General Overview

Apple supports the ownership of personal technology but there are restrictions when bringing this technology to the store. Apple is not responsible for damage to, or loss of, any personal property while in the store.

### Do

- If possible, keep personal technology brought to work in a locker or in the manager's office.

- If you chose to carry your personal phone with you on the floor, which is permitted, turn the ringer to silent.

- Log all personal technology you bring into the store on your Personal Technology Card. Have your Personal Technology Card on you at all times.

- Verify your personal technology with a manager each time you leave the store.

### Do Not

- Do not use your personal iPhone for a demonstration.

- Do not conduct personal business on the salesfloor. See Apple's Solicitation and Distribution policy on HRWeb for additional information.

- Do not bring your laptop to work unless you are traveling to or from work or school and you obtained permission from your manager in advance.

Apple Internal Use Only. Updated July 31, 2013, by Retail HR and Retail Legal. Version 1.1. United States.
"Shake to Feedback" and choose Support for questions or comments about this policy.

APL-FRLEKIN_00002441

Home ▸

## Social Media & Online Communications

It is important that employees understand Apple's expectations when they participate in online activities.

Refer to HRWeb for the complete Social Media & Online Communications Policy.

APL-FRLEKIN_00002442

Home ▶

# Visitors and Personal Phone Calls

To maintain a professional environment, there are guidelines for personal visitors and phone calls in the store.

## General Overview

Because our store is a gathering place, we welcome all potential customers. To maintain professionalism in the store, visits by persons you know must be limited to those of a business nature. In addition, because it is necessary to maintain focus on the salesfloor and to ensure that our phones are always available for business, you should not make personal phone calls on the salesfloor.

## Do

- Wait until your meal or break period to make personal phone calls.

- Get advance approval by a member of the store management team when using the store phone for long distance or toll calls.

- Take a message if an employee receives a personal phone call at the store and that employee is engaged with a customer. Returning personal calls must be done during a meal or break period.

## Do Not

- Do not make or receive personal calls on the salesfloor.

- Do not make or receive personal calls on the clock while in the back of house except for emergencies only. Do not process transactions for individuals you know personally (or for yourself). This includes your coworkers. Failure to adhere to this policy could lead to disciplinary action, including termination.

Apple Internal Use Only. Updated July 31, 2013, by Retail HR and Retail Legal. Version 1.1. United States.
"Shake to Feedback" and choose Support for questions or comments about this policy.

APL-FRLEKIN_00002443

Home ▶

# Volunteering and Donations

Apple employees are encouraged to give back to their communities.

## General Overview

The Apple Store's primary community outreach is accomplished through our School Night and Summer Camp programs, offered in select Apple Retail Stores. Apple employees are able to volunteer in their communities and are allowed to purchase products for donation in their own names.

## Do

- When a customer requests for Apple to make a monetary or product donation, inform them: "I'd be happy to help. Requests for donations and contributions are handled at the corporate level. Our Community Affairs Department handles these requests for Apple. Please call 1-408-974-2974 or email Communityaffairsinfo@apple.com for further information."

  Forward to: communityaffairsinfo@apple.com or Community Affairs, Apple Inc., 1 Infinite Loop, MS #198-2 EHR, Cupertino, CA 95014

- Use Apple employee discounts to purchase and donate a product if employee chooses to donate on his or her own. If an employee chooses to do this, he or she must donate in his or her own name.

- Reach out to Community Affairs at communityaffairsinfo@apple.com with questions.

- See Apple Matching Gifts Program located on HRWeb for additional information.

- See Apple's Solicitation and Distribution policy on HRWeb for additional information.

## Do Not

- Do not organize volunteer activities on behalf of Apple without written approval from Community Affairs.

- Do not organize drives or solicit monetary contributions for community, religious, or political groups from Apple employees or customers. See Apple's Solicitation and Distribution policy on HRWeb for additional information.

APL-FRLEKIN_00002444

Home  ▶

# Work Schedule

Apple employees are expected to know their work schedule.

## General Overview

The Apple workweek runs from Saturday to Friday and the work schedule will be available no later than three weeks before the beginning of the workweek. You are responsible for knowing your schedule.

### Do

✓ Visit mypage.apple.com to see your schedule.

Apple Internal Use Only. Updated July 31, 2013, by Retail HR and Retail Legal. Version 1.1. United States.
"Shake to Feedback" and choose Support for questions or comments about this policy.

APL-FRLEKIN_00002445