IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMANDA FRLEKIN, *et al.*,

    Plaintiffs,

v.

APPLE, INC.,

    Defendant.

/

ADAM KILKER, *et al.*,

    Plaintiffs,

v.

APPLE, INC.,

    Defendant.

/

No. C 13-03451 WHA
    C 13-03775 WHA

**ORDER RE STIPULATION RE DISCOVERY FOR CALIFORNIA STATE-LAW CLAIMS**

    A May 2014 order stayed this action pending the Supreme Court's ruling in *Busk*, even though the parties were expected to continue with discovery as to the California state-law claims.

    Now, the parties jointly seek to extend the October 31, 2014, fact discovery deadline to January 15, 2015, as it pertains to the California claims. No good cause has been provided for the massive extension proposed. Nevertheless, the following shorter extension is hereby provided for the California state-law claims:

    1.    The non-expert discovery cut-off date shall be **DECEMBER 1, 2014**.

2. The last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof shall be **DECEMBER 1, 2014**. By **DECEMBER 15, 2014**, all other parties must disclose any expert reports on the same issue. By **DECEMBER 22, 2014**, the party with the burden of proof must disclose any reply reports rebutting specific material in opposition reports. The cutoff for all expert discovery shall be **JANUARY 5, 2015**.

**IT IS SO ORDERED.**

Dated: October 3, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE