IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMANDA FRLEKIN, *et al.*,

    Plaintiffs,

  v.

APPLE, INC.,

    Defendant.

                               /

ADAM KILKER, *et al.*,

    Plaintiffs,

  v.

APPLE, INC.,

    Defendant.

                               /

No. C 13-03451 WHA
     C 13-03775 WHA

**ORDER SETTING DISCOVERY HEARING**

Fact discovery as to the non-stayed California state-law claims closes on December 1. Plaintiffs have filed a letter seeking to compel defendant Apple, Inc. to "comply with its discovery obligations and produce [Electronically Stored Information] discovery to Plaintiffs without further delay."

Defendant has until **NOVEMBER 10 AT NOON** to respond. The Court sets a three-hour meet-and-confer in the Court's jury room on the 19th floor of the federal courthouse, starting at **8:00 A.M. AND CONTINUING UNTIL 11:00 A.M. ON WEDNESDAY, NOVEMBER 12, 2014**. At 11:00 a.m., the Court shall hold a hearing to resolve any remaining issue(s). Please promptly buzz chambers at 8:00 a.m. to be let into the jury room. Please note that only those lawyers who

participate in the meet-and-confer in the Court's jury room may argue at the hearing. Please bring copies of all relevant documents, including the discovery requests, responses, protective order, and "ESI agreement." Someone with litigation decision-making authority at Apple should be present for the meet-and-confer and the 11:00 a.m. hearing.

**IT IS SO ORDERED.**

Dated: November 6, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE