United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMANDA FRLEKIN, *et al.*,

        Plaintiffs,

  v.

APPLE, INC.,

        Defendant.

_____/

ADAM KILKER, *et al.*,

        Plaintiffs,

  v.

APPLE, INC.,

        Defendant.

_____/

No. C 13-03451 WHA
C 13-03775 WHA

**ORDER FOLLOWING
NOVEMBER 12 HEARING**

On November 12, the parties appeared for a discovery hearing and stated on the record that they had resolved their electronic discovery dispute. Accordingly, docket numbers 179, 181, 182, and 183 are hereby terminated. The parties shall file a proposed pre-trial schedule by **NOVEMBER 14, 2014**.

**IT IS SO ORDERED.**

Dated:   November 12, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE