IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMANDA FRLEKIN, *et al.*,

    Plaintiffs,

  v.

APPLE, INC.,

    Defendant.

       /

ADAM KILKER, *et al.*,

    Plaintiffs,

  v.

APPLE, INC.,

    Defendant.

       /

No. C 13-03451 WHA
C 13-03775 WHA

**ORDER SETTING DISCOVERY HEARING**

On November 11, defendant Apple, Inc. filed a discovery letter seeking to compel plaintiff Amanda Frlekin to respond to certain interrogatories. Ms. Frlekin's response is due by **NOVEMBER 17 AT NOON**. Apple shall file a declaration appending the relevant discovery requests and responses by **NOVEMBER 17 AT NOON**. The Court sets a **TWO-HOUR MEET-AND-CONFER** in the Court's jury room on the 19th floor of the federal courthouse, starting at **8:00 A.M. AND CONTINUING UNTIL 10:00 A.M. ON THURSDAY, NOVEMBER 20, 2014**. At 10:00 a.m., the Court shall hold a hearing to resolve any remaining issue(s). Please promptly buzz chambers at 8:00 a.m. to be let into the jury room. Please note that only those lawyers who participate in the meet-and-confer in the Court's jury room may argue at the hearing.

    **IT IS SO ORDERED.**

Dated: November 12, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE