**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMANDA FRLEKIN, *et al.*,

    Plaintiffs,

  v.

APPLE, INC.,

    Defendant.
_____/

TAYLOR KALIN,

    Plaintiff,

  v.

APPLE, INC.,

    Defendant.
_____/

No. C 13-03451 WHA
No. C 13-04727 WHA

**REQUEST RE PROPOSED SCHEDULE**

    The undersigned judge is in receipt of the parties' joint proposed stipulation regarding pre-trial deadlines. By **NOVEMBER 19, 2014, AT NOON**, counsel for Taylor Kalin shall indicate whether they agree to the proposed dates (Case No. 13-3451, Dkt. No. 194). The Court will then issue a case management order which may or may not adopt the proposed dates.

Dated: November 14, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE