United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMANDA FRLEKIN, *et al.*, on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

APPLE INC.,

    Defendant.

/

TAYLOR KALIN, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

APPLE INC.,

    Defendant.

/

No. C 13-03451 WHA
No. C 13-04727 WHA

**SECOND CASE MANAGEMENT SCHEDULING ORDER**

    The *Frlekin* and *Kalin* putative wage-and-hour FLSA and class actions were stayed in May 2014, pending the Supreme Court's ruling in *Busk*, even though the parties were expected to continue with discovery as to the non-stayed California state-law claims (Dkt. No. 166). The *Busk* decision is expected to issue before June 2015. The undersigned judge is in receipt of the parties' joint stipulation regarding pre-trial deadlines (*Frlekin*, Dkt. No. 194; *Kalin*, Dkt. No. 55). Having considered the parties' proposal, the case management schedule shall be as follows:

1. The non-expert discovery cut-off date shall be **MARCH 16, 2015**.

2. The last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof ("opening reports") shall be **MARCH 30, 2015**. Within **FOURTEEN CALENDAR DAYS** of said deadline, all other parties must disclose any expert reports on the same issue ("opposition reports"). Within **SEVEN CALENDAR DAYS** thereafter, the party with the burden of proof must disclose any reply reports rebutting specific material in opposition reports. The cutoff for all expert discovery shall be **FOURTEEN CALENDAR DAYS** after the deadline for reply reports. At least **28 CALENDAR DAYS** before the due date for opening reports, each party shall serve a list of issues on which it will offer any expert testimony in its case-in-chief (including from non-retained experts).

3. The motion for class certification must be filed by **MAY 11, 2015**, to be heard on a 49-day track.

4. The last date to file dispositive motions shall be **JULY 13, 2015**.

5. The **FINAL PRETRIAL CONFERENCE** shall be at **2:00 P.M.** on **AUGUST 12, 2015**.

6. A **JURY TRIAL** shall begin on **SEPTEMBER 14, 2015**, at **7:30 A.M.**, in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102.

7. Counsel may not stipulate around the foregoing dates without Court approval.

**IT IS SO ORDERED.**

Dated: November 19, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2