IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMANDA FRLEKIN, *et al.*, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

APPLE INC.,

    Defendant.

No. C 13-03451 WHA

**NOTICE RE NOVEMBER 20 DISCOVERY HEARING**

    On November 11, defendant Apple Inc. filed a discovery letter (Dkt. No. 184). A November 12 order then set a two-hour meet-and-confer and a discovery hearing on November 20 (Dkt. No. 186). Plaintiff Amanda Frlekin's response was due by November 17 at noon. No response was timely filed. Counsel for Apple then stated that plaintiff's interrogatory responses, served November 14, 2014, "do not resolve *all* issues regarding the Interrogatories" and "Apple is still in the process of reviewing the substance of Plaintiff Frlekin's Responses" without objections (Kienitz Decl. ¶¶ 5, 6).

    Unless and until the undersigned judge approves a filed joint stipulation signed by both sides stating that all discovery disputes regarding Apple's Interrogatories (Set Two) and Ms. Frlekin's responses are fully resolved, the November 20 hearing (and meet-and-confer) remain on calendar.

Dated: November 19, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE