United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMANDA FRLEKIN, *et al.*, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

APPLE INC.,

    Defendant.

No. C 13-03451 WHA

**ORDER DENYING STIPULATION RE NOVEMBER 20 DISCOVERY HEARING**

The parties filed a stipulation requesting that the November 20 meet-and-confer and hearing be taken "off calendar." No good cause has been shown. The stipulation is **DENIED**. The parties are expected to appear for the 8:00 a.m. meet-and-confer and the 10:00 a.m. hearing, unless the motion is withdrawn with prejudice.

**IT IS SO ORDERED.**

Dated: November 19, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE