IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMANDA FRLEKIN, *et al.*, on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

APPLE, INC.,

    Defendant.

TAYLOR KALIN, individually and on behalf of all others similarly situated,

    Plaintiffs,

  v.

APPLE, INC.,

    Defendant.

No. C 13-03451 WHA
No. C 13-04727 WHA

**ORDER LIFTING STAY AND REQUEST FOR BRIEFING**

A May 2014 order stayed a portion of *Frlekin* and *Kalin* pending *Integrity Staffing Solutions, Inc. v. Busk*, 574 U.S. — (Dec. 9, 2014). Now that *Busk* has been decided, the stay is hereby **LIFTED**. All deadlines in the second case management scheduling order remain in place (Dkt. No. 198). As stated before, serial class certification motions will not be allowed. Plaintiffs must put forth their best case by the deadline.

By **DECEMBER 15 AT NOON**, defendant shall file a brief (not to exceed eight pages) regarding the effect of *Busk* herein. By **DECEMBER 22 AT NOON**, plaintiffs in *Frlekin* and *Kalin* shall file one joint response (not to exceed twelve pages). By **DECEMBER 29 AT NOON**, defendant shall file a reply (not to exceed three pages). The parties have until **DECEMBER 23 AT NOON** to file a joint statement (not to exceed five pages) showing cause why the above-captioned actions should not be consolidated.

Dated: December 9, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE