1  [COUNSEL LISTED ON FOLLOWING PAGE]

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA FRLEKIN, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　Defendant.<br><br>TAYLOR KALIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC., a California Corporation<br><br>　　　　Defendant. | Lead Case No.  C 13-03451 WHA<br>Consolidated Case No.  13-CV-04727-WHA<br><br>**DECLARATION OF LONNIE C. BLANCHARD III IN SUPPORT OF MOTION FOR LEAVE TO FILE A SECOND AMENDED/CONSOLIDATED COMPLAINT PURSUANT TO COURT ORDER DATED DECEMBER 23, 2014**<br><br>Judge:　　Hon. William H. Alsup<br>Courtroom:　8<br><br>Date:　　February 19, 2015<br>Time:　　8:00 am<br>Judge:　　Hon. William H. Alsup<br>Place:　　Courtroom 8 |

MOTION FOR LEAVE TO FILE AN AMENDED/CONSOLIDATED COMPLAINT　　1.　　Case Nos. 13-cv-03451 WHA, 13-cv-04727-WHA

| | |
|---|---|
| 1 | Kimberly A. Kralowec, Bar No. 163158 |
| | kkralowec@kraloweclaw.com |
| 2 | Kathleen Styles Rogers, Bar No. 122853 |
| | krogers@kraloweclaw.com |
| 3 | THE KRALOWEC LAW GROUP |
| | 180 Montgomery Street, Suite 2000 |
| 4 | San Francisco, CA 94104 |
| | Telephone:    415.545.6800 |
| 5 | Facsimile:    415.546.6801 |
| 6 | Lee S. Shalov (admitted *pro hac vice*) |
| | lshalov@mclaughlinstern.com |
| 7 | Brett Gallaway (admitted *pro hac vice*) |
| | bgallaway@mclaughlinstern.com |
| 8 | McLAUGHLIN & STERN, LLP |
| | 260 Madison Avenue |
| 9 | New York, NY 10016 |
| | Telephone:    212.448.1100 |
| 10 | Facsimile:    212.448.0066 |
| 11 | Louis Ginsberg (admitted *pro hac vice*) |
| | lg@louisginsberglawoffices.com |
| 12 | LAW FIRM OF LOUIS GINSBERG, P.C. |
| | 1613 Northern Blvd. |
| 13 | Roslyn, NY 11576 |
| | Telephone: 516.6250105 x13 |
| 14 | |
| 15 | Attorneys for Plaintiffs AMANDA FRLEKIN, AARON GREGOROFF, SETH DOWLING and DEBRA SPEICHER |
| 16 | Lonnie C. Blanchard, III, Bar No. 93530 |
| | lonnieblanchard@gmail.com |
| 17 | Jeffrey D. Holmes, Bar No. 100891 |
| | JeffHolmesJH@gmail.com |
| 18 | THE BLANCHARD LAW GROUP, APC |
| | 3311 East Pico Boulevard |
| 19 | Los Angeles, CA 90023 |
| | Telephone:    213.599.8255 |
| 20 | Facsimile:    213.402.3949 |
| 21 | Peter R. Dion-Kindem |
| | peter@dion-kindemlaw.com |
| 22 | THE DION-KINDEM LAW FIRM |
| | PETER R. DION-KINDEM, P.C. |
| 23 | 21550 Oxnard Street, Suite 900 |
| | Woodland Hills, CA 91367 |
| 24 | Telephone:    818.883.4900 |
| | Facsimile:    818.883.4902 |
| 25 | |
| 26 | Attorneys for Plaintiff TAYLOR KALIN |
| 27 | |
| 28 | |

I, Lonnie C Blanchard III, declare as follows:

1. I am one of the attorneys for the plaintiffs in this class action case. I have personal knowledge of the matters set forth in this declaration and, if called as a witness, could competently testify to their truth.

2. A clean copy of the Proposed Consolidated Complaint is attached as *Exhibit A*.

3. A redline of the Proposed Consolidated Complaint against the Frlekin First Amended Complaint is attached as *Exhibit B*.

4. A redline/comparison of the Proposed Consolidated Complaint against the Kalin First Amended Complaint is attached as *Exhibit C.*

5. A copy of the California Supreme Court's opinion in *Mendiola vs. CPS Security Systems, Inc.*, [citation not yet available] (January 8, 2015) is attached as *Exhibit D*.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Los Angeles, California on the date set forth below.

Dated: January 9, 2015

/s/ Lonnie C. Blanchard III
_____
Lonnie C Blanchard III

MOTION FOR LEAVE TO FILE AN AMENDED/CONSOLIDATED COMPLAINT

3.

Case Nos. 13-cv-03451 WHA,
13-cv-04727-WHA