United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMANDA FRLEKIN, TAYLOR KALIN, AARON GREGOROFF, SETH DOWNLING, and DEBRA SPEICHER, on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

APPLE INC., a California corporation,

    Defendant.

No. C 13-03451 WHA (lead)
No. C 13-04727 WHA (consolidated)

**ORDER RE DEFENDANT'S MOTION FOR EXTENSION ON CLASS CERTIFICATION OPPOSITION**

Defendant moves to extend the deadline for it to file an opposition to plaintiffs' motion for class certification from May 26 to June 1. Plaintiffs oppose the extension. Having read the submissions by both sides, the motion is **GRANTED IN PART AND DENIED IN PART**. Defendant's opposition is due by **NOON ON MAY 28**. Plaintiffs' reply is due by **NOON ON JUNE 4**. All other deadlines remain in place.

**IT IS SO ORDERED.**

Dated: May 19, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE