IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA FRLEKIN, TAYLOR KALIN, AARON GREGOROFF, SETH DOWLING, and DEBRA SPEICHER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | No. C 13-03451 WHA (lead)<br>No. C 13-04727 WHA (consolidated)<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL (DKT. NO. 246)** |

There is a strong presumption in favor of access to court records. *Kamakana v. City & County of Honolulu*, 447 F. 3d 1172, 1178 (9th Cir. 2006).

On May 11, plaintiffs moved for leave to file under seal 71 exhibits provided by Apple in their entirety as well as portions of their motion for class certification (Dkt. No. 246). Apple has not filed a supporting declaration, and the deadline for filing a supporting declaration has long passed. Civil L.R. 79-5(e).

Having reviewed each exhibit as well as plaintiffs' motion, this order finds that no compelling reasons supported by specific factual findings have been articulated for sealing the large swath of exhibits and portions of the class certification motion at issue in plaintiffs' overbroad sealing motion. Accordingly, plaintiffs' sealing motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 22, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE