Lee S. Shalov (Pro Hac Vice Application On File)
Brett Gallaway (Pro Hac Vice Application On File)
MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY  10016
Telephone:     (212) 448-1100
Facsimile:     (212) 448-0066
Lshalov@mclaughlinstern.com
Bgallaway@mclaughlinstern.com

Kimberly A. Kralowec (SBN 163158)
Kathleen Styles Rogers (SBN 122853)
Chad A. Saunders (SBN 257810)
THE KRALOWEC LAW GROUP
44 Montgomery St., Ste. 1210
San Francisco, CA 94104
Telephone: (415) 546-6800
Facsimile: (415) 546-6801
kkralowec@kraloweclaw.com
krogers@kraloweclaw.com
csaunders@kraloweclaw.com

Attorneys for Plaintiffs and the Proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMANDA FRLEKIN, TAYLOR KALIN, AARON GREGOROFF, SETH DOWLING, DEBRA SPEICHER and TAYLOR KALIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | No. C 13-03451 WHA (lead)<br>No. C 13-04727 WHA (consolidated)<br><br>**DECLARATION OF KATHLEEN STYLES ROGERS ATTESTING TO CONCURRENCE OF LEE S. SHALOV IN FILING OF PLAINTIFFS' REPLY BRIEF IN FURTHER SUPPORT OF MOTION FOR RULE 23(c)(4) CERTIFICATION OF PARTICULAR ISSUES**<br><br>Date:  July 2, 2015<br>Time: 8:00 a.m.<br>Judge:  Hon. William H. Alsup<br>Courtroom:  8<br><br>Trial Date:  September 14, 2015 |

I, Kathleen Styles Rogers, declare as follows:

1. I am an attorney licensed to practice law in California and in this Court. I am Of Counsel to The Kralowec Law Group in San Francisco, California ("Kralowec Law"), and I am one of the attorneys of record for plaintiff Amanda Frlekin and the putative class in the above-entitled action. I have personal knowledge of the matters stated below, and if called upon to testify, would testify to them truthfully and competently.

2. Pursuant to Civil Local Rule 5-1(i)(3), I attest that the concurrence in the filing of Plaintiffs' Reply Brief in Further Support of Motion for Rule 23(c)(4) Certification of Particular Issues has been obtained from the other signatory therein, Lee S. Shalov, a partner at McLaughlin & Stern and one of the attorneys of record for Plaintiffs herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 4, 2015 at San Francisco, California.

*/s/ Kathleen Styles Rogers*
Kathleen Styles Rogers

**DECLARATION OF KATHLEEN STYLES ROGERS ATTESTING TO CONCURRENCE OF LEE S. SHALOV IN FILING OF PLAINTIFFS' REPLY BRIEF**
Case No. 13-cv-3451-WHA; Consolidated Case No. 13-cv-3775-WHA        2