Kimberly A. Kralowec (SBN 163158)
Kathleen Styles Rogers (SBN 122853)
Chad A. Saunders (SBN 257810)
THE KRALOWEC LAW GROUP
44 Montgomery St., Ste. 1210
San Francisco, California 94104
Telephone: (415) 546-6800
Facsimile: (415) 546-6801
kkralowec@kraloweclaw.com
krogers@kraloweclaw.com
csaunders@kraloweclaw.com

*Attorneys for Plaintiffs and the Proposed Class*

Todd K. Boyer (SBN 203132)
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, California 95113.2303
Telephone: (408) 998-4150
Facsimile: (408) 288-5686
tboyer@littler.com

Julie A. Dunne (SBN 160544)
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 232-0441
Facsimile: (619) 232-4302
jdunne@littler.com

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA FRLEKIN, AARON GREGOROFF, SETH DOWLING, DEBRA SPEICHER and TAYLOR KALIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | No. C 13-03451 WHA (lead)<br>No. C 13-04727 WHA (consolidated)<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' MOTION TO STRIKE/EXCLUDE THE DECLARATION OF DR. RANDOLPH HALL SUBMITTED BY DEFENDANT APPLE INC. IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [DKT. 272]** |

Plaintiffs Amanda Frlekin, Aaron Gregoroff, Debra Speicher, Seth Dowling, and Taylor Kalin (collectively "Plaintiffs") and Apple Inc. ("Apple") (together with Plaintiffs, "the Parties"), by and through their counsel of record, enter into the following Stipulation, pursuant to Civil Local Rule 6-2 and subject to this Court's approval:

## RECITALS

Whereas, on June 4, 2015, Plaintiffs filed a Motion To Strike/Exclude the Declaration of Dr. Randolph Hall Submitted by Defendant Apple Inc. in Opposition to Plaintiffs' Motion for Class Certification [Dkt. 272] ("Motion to Strike");

Whereas, pursuant to Civil Local Rule 7-2(a), the Motion to Strike is currently scheduled to be heard on July 9, 2015;

Whereas, Apple will oppose the Motion to Strike, and also objects to the filing of the motion and contends that it is inappropriate under Civil Local Rule 7-3(c), as the motion is objections to Apple's evidence, which should be contained within Plaintiffs' reply brief in support of their motion for Rule 23(c)(4) Certification of Particular issues;

Whereas, Plaintiffs' Motion for Rule 23(c)(4) Certification of Particular Issues is currently scheduled to be heard on July 2, 2015;

WHEREAS, no previous time modification has been made in connection with Plaintiffs' motion to strike, either by stipulation or Court order;

WHEREAS, the time modification proposed herein will not affect any other deadlines or schedules in this case, including the opposition and reply deadlines for the motion to strike; and

Whereas, the Parties agree that Plaintiffs' Motion to Strike is related to the Motion for Rule 23(c)(4) Certification of Particular Issues, such that it would be more efficient and cost effective for the motions to be heard together rather than on separate days.

## STIPULATION

Based on the foregoing facts, the parties stipulate to the following:

1. The hearing date for Plaintiffs' Motion to Strike will be July 2, 2015, at the same time as Plaintiffs' Motion for Rule 23(c)(4) Certification of Particular Issues.

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME RE: DKT. 272
Case No. 13-cv-3451-WHA; Consolidated Case No. 13-cv-3775-WHA

1

2. The briefing schedule regarding the motion to strike, pursuant to Civil Local Rules 7-3(a) and (c), remains as follows:

    a. Opposition Brief due: June 18, 2015,

    b. Reply Brief due: June 25, 2015.

It is so stipulated.

Dated: June 8, 2015                              Respectfully submitted,

                                                    By:   */s/ Kathleen Styles Rogers*
                                                    Kimberly A. Kralowec (SBN 163158)
                                                    Kathleen Styles Rogers (SBN 122853)
                                                    Chad A. Saunders (SBN 257810)
                                                    THE KRALOWEC LAW GROUP
                                                    44 Montgomery St., Ste. 1210
                                                    San Francisco, California 94104
                                                    Telephone: (415) 546-6800
                                                    Facsimile: (415) 546-6801
                                                    kkralowec@kraloweclaw.com
                                                    krogers@kraloweclaw.com
                                                    csaunders@kraloweclaw.com

                                                    *Attorneys for Plaintiffs and the Putative Class*

Dated: June 8, 2015                              By:   */s/ Todd K. Boyer*
                                                    Todd K. Boyer (SBN 203132)
                                                    LITTLER MENDELSON, P.C.
                                                    50 W. San Fernando, 15th Floor
                                                    San Jose, California 95113.2303
                                                    Telephone: (408) 998-4150
                                                    Facsimile: (408) 288-5686
                                                    tboyer@littler.com

                                                    Julie A. Dunne (SBN 160544)
                                                    LITTLER MENDELSON, P.C.
                                                    501 W. Broadway, Suite 900
                                                    San Diego, California 92101
                                                    Telephone: (619) 232-0441
                                                    Facsimile: (619) 232-4302
                                                    jdunne@littler.com

                                                    *Attorneys for Defendant Apple Inc.*

**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME RE: DKT. 272**
Case No. 13-cv-3451-WHA; Consolidated Case No. 13-cv-3775-WHA

2

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that the concurrence in the filing of the Stipulation and [Proposed] Order Shortening Time for Hearing on Plaintiffs' Motion to Strike/Exclude the Declaration of Dr. Randolph Hall Submitted by Defendant Apple Inc. in Opposition to Plaintiffs' Motion for Class Certification [Dkt. 272], has been obtained from the other signatory therein, Todd Boyer, attorney for Defendant, in this matter.

Dated: June 8, 2015

/s/ *Kathleen Styles Rogers*
Kathleen Styles Rogers (SBN 122853)

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME RE: DKT. 272
Case No. 13-cv-3451-WHA; Consolidated Case No. 13-cv-3775-WHA

3

## ORDER

Pursuant to the parties' stipulation, the hearing on Plaintiffs' Motion to Strike/Exclude the Declaration of Dr. Randolph Hall Submitted by Defendant Apple Inc. in Opposition to Plaintiffs' Motion for Class Certification [Dkt. 272], currently set for July 9, 2015, at 8:00 a.m., is reset for hearing on July 2, 2015, at 8:00 a.m. The deadline to file an opposition brief is June 18, 2015. The deadline to file a reply brief is June 25, 2015.

IT IS SO ORDERED.

Dated: June 8, 2015.

The Honorable William H. Alsup
United States District Judge

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME RE: DKT. 272
Case No. 13-cv-3451-WHA; Consolidated Case No. 13-cv-3775-WHA

4