IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMANDA FRLEKIN, AARON GREGOROFF, SETH DOWLING, DEBRA SPEICHER and TAYLOR KALIN, on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

APPLE INC., a California Corporation,

    Defendant.

No. C 13-03451 WHA

**ORDER FOR SUPPLEMENTAL BRIEFING**

The Court is concerned that limiting plaintiffs to the all-or-nothing theory that time spent subject to the bag check policy is compensable regardless of any individual's particularized medical or other need to bring a bag would preclude some absent class members from pursuing their best theory and poses an adequacy of representation problem. The Court is also concerned that all alternate and particularized theories would be later barred by *res judicata*. The parties shall submit supplemental briefs **NOT TO EXCEED TEN PAGES** by **JULY 7 AT 5:00 P.M.** addressing these issues.

**IT IS SO ORDERED.**

Dated: July 4, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE