IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMANDA FRLEKIN, AARON GREGOROFF, SETH DOWLING, DEBRA SPEICHER and TAYLOR KALIN, on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

APPLE INC., a California Corporation,

    Defendant.

No. C 13-03451 WHA

**ORDER FOR FURTHER SUPPLEMENTAL BRIEFING**

By Wednesday, **JULY 8, AT 5:00 P.M.**, the parties are requested to file briefs responsive to the supplemental briefs submitted today. Apple is specifically requested to address whether full disclosure and a right to opt-out of the class can cure what might otherwise be inadequate representation. The briefs shall be double-spaced with limited single-spaced material and shall not contain footnotes or exhibits, for a total of **SIX PAGES**.

**IT IS SO ORDERED.**

Dated: July 7, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE