IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA FRLEKIN, TAYLOR KALIN, AARON GREGOROFF, SETH DOWLING, and DEBRA SPEICHER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>    Defendant.<br>_____ / | No. C 13-03451 WHA (lead)<br>No. C 13-03775 WHA (consolidated)<br>No. C 13-04727 WHA (consolidated)<br><br><br><br><br><br>**REMINDER TO COUNSEL** |

    Counsel are reminded to conduct all class settlement discussions, if any, through Judge Spero. Please do not delay preparation of class notice in hopes of a class settlement. We will push steadily ahead on the litigation schedule. Counsel are also referred to the undersigned's Notice Regarding Factors to Be Evaluated for Any Proposed Class Settlement (Dkt. No. 30).

**IT IS SO ORDERED.**

Dated: July 17, 2015.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE