IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMANDA FRLEKIN, TAYLOR KALIN, AARON GREGOROFF, SETH DOWLING, and DEBRA SPEICHER, on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

APPLE INC., a California corporation,

    Defendant.

No. C 13-03451 WHA (lead)
No. C 13-03775 WHA (consolidated)
No. C 13-04727 WHA (consolidated)

**ORDER APPROVING JOINT DISSEMINATION PLAN**

In this wage-and-hour class action, the parties have submitted a joint plan for the dissemination of class notification (Dkt. No. 307–08). The Court has reviewed the parties' submissions and the joint plan for dissemination is hereby **APPROVED**.

**IT IS SO ORDERED.**

Dated: August 11, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE