IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMANDA FRLEKIN, AARON GREGOROFF, SETH DOWNLING, DEBRA SPEICHER, and TAYLOR KALIN,

    Plaintiffs,

  v.

APPLE INC.,

    Defendant.

No. C 13-03451 WHA

**ORDER GRANTING SEALING MOTION**

Apple has moved to file under seal three exhibits filed in connection with its motion for summary judgment. Those exhibits are DVDs containing extensive security footage of Apple's retail stores, which could be used to discover and exploit vulnerabilities in Apple's security system. The videos also depict non-parties, such as Apple's customers. Good cause shown, Apple's request to file Exhibit C to Dr. Hall's declaration and Exhibits R and S to Todd K. Boyer's declaration under seal is **GRANTED**. This is without prejudice to whether the any portion of the videos played during any hearings or at trial will be sealed.

**IT IS SO ORDERED.**

Dated: October 6, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE