Kimberly A. Kralowec (SBN 163158)
Kathleen Styles Rogers (SBN 122853)
Chad A. Saunders (SBN 257810)
THE KRALOWEC LAW GROUP
44 Montgomery St., Ste. 1210
San Francisco, California 94104
Telephone: (415) 546-6800
Facsimile: (415) 546-6801
kkralowec@kraloweclaw.com
krogers@kraloweclaw.com
csaunders@kraloweclaw.com

*Attorneys for Plaintiffs and the Class*

Todd K. Boyer (SBN 203132)
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, California 95113.2303
Telephone: (408) 998-4150
Facsimile: (408) 288-5686
tboyer@littler.com

Julie A. Dunne (SBN 160544)
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 232-0441
Facsimile: (619) 232-4302
jdunne@littler.com

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA FRLEKIN, AARON GREGOROFF, SETH DOWLING, DEBRA SPEICHER and TAYLOR KALIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | No. C 13-3451 WHA (lead)<br>No. C 13-3775 WHA (consolidated)<br>No. C 13-4727 WHA (consolidated)<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' MOTION TO STRIKE/EXCLUDE THE DECLARATION OF DR. RANDOLPH HALL SUBMITTED IN SUPPORT OF APPLE'S MOTION FOR SUMMARY JUDGMENT [DKT. 322]** |

Plaintiffs Amanda Frlekin, Aaron Gregoroff, Debra Speicher, Seth Dowling, and Taylor Kalin (collectively "Plaintiffs") and Apple Inc. ("Apple") (together with Plaintiffs, "the Parties"), by and through their counsel of record, enter into the following Stipulation, pursuant to Civil Local Rule 6-2 and subject to this Court's approval:

## RECITALS

Whereas, on October 15, 2015, Plaintiffs filed a Motion to Strike/Exclude the Declaration of Dr. Randolph Hall Submitted in Support of Apple's Motion For Summary Judgment [Dkt. 322] ("Motion to Strike");

Whereas, pursuant to Civil Local Rule 7-2(a), the Motion to Strike is currently scheduled to be heard on November 19, 2015;

Whereas, the Parties' cross-motions for summary judgment are currently scheduled to be heard on November 4, 2015;

Whereas, Apple will oppose the Motion to Strike, and also objects to the filing of the motion, and Apple contends that a Motion to Strike is inappropriate under Civil Local Rule 7-3(a) as objections to Apple's evidence, which Apple contends should be contained within Plaintiffs' opposition to Apple's motion for summary judgment;

Whereas, no previous time modification has been made in connection with Plaintiffs' motion to strike, either by stipulation or Court order;

Whereas, the time modification proposed herein will not affect any other deadlines or schedules in this case, including Apple's opposition deadline for the motion to strike; and

Whereas, the Parties agree that Plaintiffs' Motion to Strike is related to the Motions for Summary Judgment, such that it would be more efficient and cost effective for the motions to be heard together rather than on separate days.

## STIPULATION

Based on the foregoing facts, the parties stipulate to the following:

1. The hearing date for Plaintiffs' Motion to Strike will be November 4, 2015, at the same time as the Parties' cross-motions for summary judgment.

2. The briefing schedule regarding the Motion to Strike will be as follows:

    a. Opposition Brief due: October 29, 2015,

    b. Reply Brief due: November 2, 2015.

It is so stipulated.

Dated: October 15, 2015      Respectfully submitted,

By: __/s/  *Kathleen Styles Rogers*__
Kimberly A. Kralowec (SBN 163158)
Kathleen Styles Rogers (SBN 122853)
Chad A. Saunders (SBN 257810)
THE KRALOWEC LAW GROUP
44 Montgomery St., Ste. 1210
San Francisco, California  94104
Telephone: (415) 546-6800
Facsimile: (415) 546-6801
kkralowec@kraloweclaw.com
krogers@kraloweclaw.com
csaunders@kraloweclaw.com

*Attorneys for Plaintiffs and the Putative Class*

Dated: October 15, 2015      By: __/s/    *Todd K. Boyer*__
Todd K. Boyer (SBN 203132)
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, California  95113.2303
Telephone: (408) 998-4150
Facsimile: (408) 288-5686
tboyer@littler.com

Julie A. Dunne  (SBN 160544)
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California  92101
Telephone: (619) 232-0441
Facsimile: (619) 232-4302
jdunne@littler.com

*Attorneys for Defendant Apple Inc.*

**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME RE: DKT. 322**
Case No. 13-cv-3451-WHA

2

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that the concurrence in the filing of the Stipulation and [Proposed] Order Shortening Time for Hearing on Plaintiffs' Motion to Strike/Exclude the Declaration of Dr. Randolph Hall Submitted in Support of Apple's Motion for Summary Judgment [Dkt. 322], has been obtained from the other signatory therein, Todd K. Boyer, attorney for Defendant, in this matter.

Dated: October 15, 2015                                   /s/  *Kathleen Styles Rogers*

## **ORDER**

Pursuant to the parties' stipulation, the hearing on Plaintiffs' Motion to Strike/Exclude the Declaration of Dr. Randolph Hall Submitted in Support of Apple's Motion for Summary Judgment [Dkt. 322], currently set for hearing on November 19, 2015, at 8:00 a.m., is reset for hearing on November 4, 2015, at 8:00 a.m.  The deadline to file an opposition brief is October 29, 2015.  The deadline to file a reply brief is November 2, 2015.

IT IS SO ORDERED.

Dated:

_____
The Honorable William Alsup
United States District Judge