1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMANDA FRLEKIN, AARON
GREGOROFF, SETH DOWNLING,
DEBRA SPEICHER, and TAYLOR
KALIN, on behalf of themselves and all
others similarly situated,

        Plaintiffs,

  v.

APPLE INC.,

        Defendant.

_____/

No. C 13-03451 WHA (lead)
No. C 13-03775 WHA (consolidated)
No. C 13-04727 WHA (consolidated)

**ORDER SHORTENING
TIME FOR HEARING ON
MOTION TO STRIKE**

      Pursuant to the parties' stipulation, the hearing on plaintiffs' motion to strike and exclude

the declaration of Dr. Randolph Hall submitted in support of Apple's motion for summary

judgment, which is currently set for hearing on November 19 is hereby reset for a hearing on

**NOVEMBER 4 AT 8:00 A.M.** in conjunction with the hearing on the parties' motions for summary

judgment.  The deadline to file an opposition brief is **OCTOBER 29**.  The deadline to file a reply

is **NOVEMBER 2**.

      **IT IS SO ORDERED.**

Dated:   October 19, 2015.

                    WILLIAM ALSUP
                    UNITED STATES DISTRICT JUDGE