IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA FRLEKIN, AARON GREGOROFF, SETH DOWNLING, DEBRA SPEICHER, and TAYLOR KALIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | No. C 13-03451 WHA (lead)<br>No. C 13-03775 WHA (consolidated)<br>No. C 13-04727 WHA (consolidated)<br><br><br><br><br><br>**FINAL JUDGMENT** |

An order granted defendant's motion for summary judgment (Dkt. No. 339). Final judgment is hereby entered in favor of defendant. To be clear, this is an adverse ruling against all named plaintiffs and against the class, which is defined as "current or former hourly-paid and non-exempt employees of Apple Inc. who worked at one or more Apple California retail stores from July 25, 2009 to the present."

**IT IS SO ORDERED.**

Dated: November 7, 2015.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE