IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA FRLEKIN, AARON GREGOROFF, SETH DOWNLING, DEBRA SPEICHER, and TAYLOR KALIN, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | No. C 13-03451 WHA (lead)<br>No. C 13-03775 WHA (consolidated)<br>No. C 13-04727 WHA (consolidated)<br><br>**REQUEST FOR RESPONSE** |

　　　Plaintiffs have filed objections to Apple's bill of costs in this matter (Dkt. No. 343). Apple has not yet responded to plaintiffs' objections. By **TUESDAY, JANUARY 5**, Apple shall please file a response to plaintiffs' objections.

Dated: December 22, 2015.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE