FILED

MAY 28 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AMANDA FRLEKIN; et al., | No.   15-17382 |
| Plaintiffs-Appellants, | D.C. Nos.   3:13-cv-03451-WHA |
| | 3:13-cv-03775-WHA |
| v. | 3:13-cv-04727-WHA |
| | Northern District of California, |
| APPLE INC., | San Francisco |
| Defendant-Appellee. | ORDER |

Before: GRABER and FRIEDLAND, Circuit Judges, and MARSHALL,[*] District Judge.

The parties are ordered to submit supplemental briefs addressing whether, following the California Supreme Court's decision, "there are factual disputes that would preclude summary judgment for Plaintiffs." Dkt. 72 at 2; Dkt. 73 at 3 & n.3.

Apple is directed to file a supplemental brief not to exceed 2500 words within 14 days of this order. Plaintiffs are directed to file a responsive brief not to exceed 2500 words 14 days thereafter. No reply will be permitted absent further order of the court.

---

[*] The Honorable Consuelo B. Marshall, United States District Judge for the Central District of California, sitting by designation.