# EXHIBIT 2

**Anticipated Class Member Damages:**

1 Year = 250 Shifts (.00003699 of NDA) = **$698.94**
2 Years = 500 Shifts (.00007398 of NDA) = **$1,397.88**
3 Years = 750 Shifts (.00011097 of NDA) = **$2,096.82**
4 Years = 1000 Shifts (.00014796 of NDA) = **$2,795.76**
5 Years = 1250 Shifts (.00018496 of NDA) = **$3,494.70**
6 Years = 1500 Shifts (.00022195 of NDA) = **$4,193.64**
~6.5 Years = 1682 Shifts [the maximum amount for an individual class member] (.00024888 of NDA) = **$4,702.67**

**Average Number of Shifts Per Class Member:**

460.284 (.00006811 of NDA) = **$1,286.96**

**Assumptions:**
14,683 Class Members
6,758,356 Shifts (analysis is based on shifts, not workweeks for PAGA)
Time frame for analysis = ~6.5 years
1 year is calculated by assuming 50 weeks worked @ 5 days per week = 250 shifts per year
Net Distribution Amount ("NDA") of $18,895,333.33

**Analysis for Average Number of Shifts at Average Hourly Rate of $20.89 (460.284 shifts assuming 1 check per shift)**

|  | Unpaid Straight Wages | Interest | Total Unpaid Straight Wages and Interest | Liquidated Damages | § 203 Penalties | § 226(e) Penalties | Total Unpaid Liquidated Damages and Penalties | Maximum Hypothetical Monetary Recovery | Maximum Hypothetical Damages Without Liquidated Damages and Penalties | Anticipated Settlement Damages |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 Minute | $160.22 | $124.17 | $284.39 | $63.65 | $626.70 | $4,000 | $4,690.35 | $4,974.39 | $284.30 | $1,286.96 |
| 5 minutes | $801.13 | $620.88 | $1,422.01 | $316.77 | $626.70 | $4,000 | $4,943.47 | $6,365.01 | $1,422.01 | $1,286.96 |
| 10 Minutes | $1,602.26 | $1,241.75 | $2,844.01 | $633.54 | $626.70 | $4,000 | $5,260.24 | $8,104.01 | $2,844.01 | $1,286.96 |

**Analysis for Average Number of Shifts at Average Minimum Wage Rate of $8.26 (460.284 shifts assuming 1 check per shift)**

|  | Unpaid Straight Wages | Interest | Total Unpaid Straight Wages and Interest | Liquidated Damages | § 203 Penalties | § 226(e) Penalties | Total Unpaid Liquidated Damages and Penalties | Maximum Hypothetical Monetary Recovery | Maximum Hypothetical Damages Without Penalties | Anticipated Settlement Damages |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 Minute | $63.35 | $49.10 | $112.45 | $63.65 | $626.70 | $4,000 | $4,690.35 | $4,802.45 | $176.10 | $1,286.96 |
| 5 minutes | $316.77 | $245.50 | $562.27 | $316.77 | $626.70 | $4,000 | $4,943.47 | $5,505.27 | $879.04 | $1,286.96 |
| 10 Minutes | $633.54 | $490.99 | $1,124.53 | $633.54 | $626.70 | $4,000 | $5,260.24 | $6,384.77 | $1,287.92 | $1,286.96 |

Key:

10% simple interest calculated from 2/1/14 through 11/1/21 (starting 92 weeks prior to the discontinuance of the security chack policy in December 2015 for a total of 93 months)

Anticipated Net Distribution Amount of $18,895,333.33

14,683 Class Members

All unpaid base wages are for straight time hours worked

Employees worked 5 days per week, so 460.284 shifts/5 days = 92.05 weeks