| | |
|---|---|
| Kimberly A. Kralowec (CA Bar No.163158)<br>kkralowec@kraloweclaw.com<br>Kathleen Styles Rogers (CA Bar No. 122853)<br>krogers@kraloweclaw.com<br>**KRALOWEC LAW P.C.**<br>750 Battery Street, Suite 700<br>San Francisco, California 94111<br>Tel:   (415) 546-6800<br>Fax:  (415) 546-6801<br><br>Lee Shalov (admitted *pro hac vice*)<br>lshalov@mclaughlinstern.com<br>Brett Gallaway (admitted *pro hac vice*)<br>bgallaway@mclaughlinstern.com<br>**McLAUGHLIN & STERN, LLP**<br>260 Madison Avenue<br>New York, New York 10016<br>Tel:   (212) 448-1100<br>Fax:  (212) 448-0066<br><br>Attorneys for Plaintiffs and the Class | Julie Dunne (CA Bar No. 160544)<br>julie.dunne@us.dlapiper.com<br>Matthew Riley (CA Bar No. 257643)<br>matthew.riley@us.dlapiper.com<br>Vani Parti (CA Bar No. 308468)<br>vani.parti@us.dlapiper.com<br>**DLA PIPER LLP (US)**<br>401 B Street, Suite 1700<br>San Diego, California 92101<br>Tel:   (619) 699-2700<br>Fax:  (619) 699-2701<br><br>Mandy Chan (CA Bar No. 305602)<br>mandy.chan@us.dlapiper.com<br>Andrea Ortega (CA Bar No. 317820)<br>andrea.ortega@us.dlapiper.com<br>**DLA PIPER LLP (US)**<br>555 Mission Street, Suite 2400<br>San Francisco, California 94105<br>Tel:   (415) 836-2500<br>Fax:  (415) 836-2501<br><br>Attorneys for Defendant<br>APPLE INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA FRLEKIN, AARON GREGOROFF, SETH DOWLING, DEBRA SPEICHER; AND TAYLOR KALIN, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>APPLE INC.,<br>          Defendant. | Case No. 13cv03451-WHA<br><br>**JOINT STIPULATION TO VACATE DEADLINES, STAY ALL PROCEEDINGS, AND PERMIT 34-DAY NOTICE; PROPOSED ORDER**<br><br>Place:   Ctrm. 12, 19th Floor<br>Judge:   Hon. William Alsup |

Case No. 13-cv-03451 WHA
JOINT STIPULATION TO VACATE DEADLINES, STAY ALL PROCEEDINGS, AND PERMIT 34-DAY NOTICE; PROPOSED ORDER

WEST/296639855

1   Pursuant to Local Rule 7-12, Plaintiffs Seth Dowling, Aaron Gregoroff, Taylor Kalin, and Debra Speicher on the one hand, and Defendant Apple Inc. on the other hand, by and through their counsel of record, hereby stipulate, subject to the Court's approval, to: (1) vacate all litigation deadlines for this case, including the third-party administrator's November 15, 2021 deadline to serve the notice of claims procedure and claim form to class members; (2) stay all proceedings in this action, except such proceedings that are necessary to obtain preliminary and final approval of the parties' class-wide settlement; and (3) permit Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("Motion for Preliminary Approval") (Dkt. No. 416) to be heard on December 16, 2021 on 34 days' notice. The parties base their requests on the following:

WHEREAS, on April 14, 2021, the Court ordered that notice of the claims procedure and claim form be disseminated to class members (Dkt. No. 407);

WHEREAS, the Court has on multiple occasions extended the deadline for the third-party administrator to serve the notice of claims procedure and claim form to class members to allow the parties to negotiate the terms of their settlement agreement, with the most recent order extending the deadline to November 15, 2021 (Dkt. Nos. 409, 411, 413, 415);

WHEREAS, as described in Plaintiffs' Motion for Preliminary Approval and the Joint Declaration of Lee S. Shalov and Kimberly A. Kralowec filed in support thereof (Dkt. Nos. 416, 416-1), filed on November 12, 2021, the parties have executed an agreement to settle this action on a class-wide basis, subject to the Court's approval;

WHEREAS, as part of the settlement agreement, the parties agreed, "[s]ubject to Court approval, . . . to stay all proceedings in the Action, except such proceedings necessary to implement and complete the Settlement, pending the Final Approval Hearing to be conducted by the Court[]" (Dkt. No. 416-2, ¶ 3.7.6);

WHEREAS, Local Rule 7-2(a) provides, in part, "Except as otherwise ordered or permitted by the assigned Judge or these Local Rules, . . . all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing no less than 35 days after filing of the motion[]"; and

1

Case No. 13-cv-03451 WHA
JOINT STIPULATION TO VACATE DEADLINES, STAY ALL PROCEEDINGS, AND PERMIT 34-DAY NOTICE; PROPOSED ORDER

WEST/296639855

WHEREAS, Plaintiffs noticed the hearing on their Motion for Preliminary Approval for December 16, 2021, which is 34 days after the filing of their Motion for Preliminary Approval.

THEREFORE, the parties request that the Court issue an order (1) vacating all litigation deadlines for this case, including the third-party administrator's November 15, 2021 deadline to serve the notice of claims procedure and claim form to class members; (2) staying all proceedings in this action, except such proceedings that are necessary to obtain preliminary and final approval of the parties' class-wide settlement; and (3) permitting Plaintiffs' Motion for Preliminary Approval (Dkt. No. 416) to be heard on December 16, 2021 on 34 days' notice.

Dated: November 12, 2021                **DLA PIPER LLP (US)**

By: */s/ Matthew Riley*
JULIE DUNNE
MATTHEW RILEY

*Attorneys for Defendant Apple Inc.*

Dated:  November 12, 2021               **McLAUGHLIN & STERN, LLP**

By: */s/ Lee Shalov*
LEE SHALOV

*Attorneys for Plaintiffs and the Class*

### **ATTESTATION**

In accordance with Local Rule 5-1(i)(3), I attest that the other Signatories named above have concurred in the filing of this document.

Dated: November 12, 2021              DLA PIPER LLP (US)

By: */s/ Matthew Riley*
Matthew Riley
Attorney for Defendant
APPLE INC.

2

Case No. 13-cv-03451 WHA
JOINT STIPULATION TO VACATE DEADLINES, STAY ALL PROCEEDINGS, AND PERMIT 34-DAY NOTICE; PROPOSED ORDER

WEST/296639855

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the Court finds good cause exists to order the following:

1. All litigation deadlines for this case, including the third-party administrator's November 15, 2021 deadline to serve the notice of claims procedure and claim form to class members, are VACATED;

2. All proceedings in this action are STAYED, except such proceedings that are necessary to obtain preliminary and final approval of the parties' class-wide settlement; and

3. The Court PERMITS Plaintiffs' Motion for Preliminary Approval (Dkt. No. 416) to be heard on December 16, 2021, on 34 days' notice pursuant to Local Rule 7-2(a).

IT IS SO ORDERED.

Dated: _____

William Alsup
United States District Judge

3
Case No. 13-cv-03451 WHA
JOINT STIPULATION TO VACATE DEADLINES, STAY ALL PROCEEDINGS, AND PERMIT 34-DAY NOTICE; PROPOSED ORDER

WEST/296639855