| | |
|---|---|
| Kimberly A. Kralowec (CA Bar No.163158)<br>kkralowec@kraloweclaw.com<br>Kathleen Styles Rogers (CA Bar No. 122853)<br>krogers@kraloweclaw.com<br>**KRALOWEC LAW P.C.**<br>3132A 24th Street<br>San Francisco, California 94110<br>Tel:   (415) 546-6800<br>Fax:  (415) 546-6801<br><br>Lee Shalov (admitted *pro hac vice*)<br>lshalov@mclaughlinstern.com<br>Brett Gallaway (admitted *pro hac vice*)<br>bgallaway@mclaughlinstern.com<br>Jason Scott Giamo (admitted *pro hac vice*)<br>jgiaimo@mclaughlinstern.com<br>**McLAUGHLIN & STERN, LLP**<br>260 Madison Avenue<br>New York, New York 10016<br>Tel:   (212) 448-1100<br>Fax:  (212) 448-0066<br><br>Attorneys for Plaintiffs and the Class | Julie Dunne (CA Bar No. 160544)<br>julie.dunne@us.dlapiper.com<br>Matthew Riley (CA Bar No. 257643)<br>matthew.riley@us.dlapiper.com<br>Vani Parti (CA Bar No. 308468)<br>vani.parti@us.dlapiper.com<br>**DLA PIPER LLP (US)**<br>401 B Street, Suite 1700<br>San Diego, California 92101<br>Tel:   (619) 699-2700<br>Fax:  (619) 699-2701<br><br>Mandy Chan (CA Bar No. 305602)<br>mandy.chan@us.dlapiper.com<br>Andrea Ortega (CA Bar No. 317820)<br>andrea.ortega@us.dlapiper.com<br>**DLA PIPER LLP (US)**<br>555 Mission Street, Suite 2400<br>San Francisco, California 94105<br>Tel:   (415) 836-2500<br>Fax:  (415) 836-2501<br><br>Attorneys for Defendant<br>APPLE INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA FRLEKIN, AARON GREGOROFF, SETH DOWLING, DEBRA SPEICHER; AND TAYLOR KALIN, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>               Defendant. | Case No. 13cv03451-WHA<br><br>**JOINT STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO FILE MOTION FOR FINAL APPROVAL OF THE SETTLEMENT;** ~~PROPOSED~~ **ORDER**<br><br>Place:   Ctrm. 12, 19th Floor<br>Judge:  Hon. William Alsup |

1  Pursuant to Local Rule 7-12, Plaintiffs Amanda Frlekin, Seth Dowling, Aaron Gregoroff,
2  Taylor Kalin, and Debra Speicher on the one hand, and Defendant Apple Inc. on the other hand, by
3  and through their counsel of record, hereby stipulate, subject to the Court's approval, to extend
4  Plaintiffs' deadline to move for final approval of the parties' settlement agreement. The parties base
5  this request on the following:

6  WHEREAS, on December 28, 2021, the Court granted preliminary approval of the parties'
7  class action settlement (Dkt. 431) ("Preliminary Approval Order");

8  WHEREAS, on January 11, 2022, the Settlement Administrator, Angeion Group, LLC,
9  provided notice of the settlement to Settlement Class Members via first class U.S. mail and via email
10 (where available);

11 WHEREAS, on March 25, 2022, Plaintiffs filed a motion for an award of attorneys' fees and
12 reimbursement of litigation expenses, and a motion for service awards for the class representatives
13 (Dkt. 434, 435);

14 WHEREAS, the deadline for Settlement Class Members to object to the settlement was April
15 26, 2022;

16 WHEREAS, the Settlement Administrator's report to the parties dated May 13, 2022,
17 indicated that no Settlement Class Members have objected to the settlement, and the parties are not
18 otherwise aware of any Settlement Class Member objecting to the settlement;

19 WHEREAS, the Settlement Administrator has confirmed that five Settlement Class
20 Members disputed the shift counts reflected in their notices of settlement;

21 WHEREAS, Apple investigated those disputes and confirmed the shift totals for four
22 Settlement Class Members were, in fact, undercounted, and Apple is currently investigating the fifth
23 shift-count dispute first reported on the Settlement Administrator's May 13, 2022, report;

24 WHEREAS, Apple conducted a further investigation into the cause of the undercounted
25 shifts and whether other Settlement Class Members' shifts were undercounted;

26 WHEREAS, Apple's investigation indicates that some Settlement Class Members' shifts
27 were accurate, some were overcounted, and some were undercounted, but no final count of shifts

28

1

for each Settlement Class Member has yet been confirmed;

WHEREAS, Apple's investigation is ongoing, and Apple anticipates completing its investigation within the next two weeks;

WHEREAS, the Court's Preliminary Approval Order set a May 30, 2022, deadline for Plaintiffs to move for final approval of the parties' settlement agreement; and

WHEREAS, Plaintiffs anticipate they will need a two-week extension of their May 30, 2022, filing deadline to adequately address the new developments with respect to Apple's shift counts.

THEREFORE, the parties request that the Court issue an order extending Plaintiffs' deadline to move for final approval of the parties' settlement agreement from May 30, 2022, to June 13, 2022.

Dated: May 19, 2022        **DLA PIPER LLP (US)**

By:   */s/ Matthew Riley*
      JULIE DUNNE
      MATTHEW RILEY

Attorneys for Defendant Apple Inc.

Dated:  May 19, 2022        **McLAUGHLIN & STERN, LLP**

By:   */s/ Lee Shalov*
      LEE SHALOV

Attorneys for Plaintiffs and the Class

### **ATTESTATION**

In accordance with Local Rule 5-1(i)(3), I attest that the other Signatories named above have concurred in the filing of this document.

Dated: May 19, 2022        DLA PIPER LLP (US)

By: */s/ Matthew Riley*
    MATTHEW RILEY
    Attorneys for Defendant Apple Inc.

2

Case No. 13-cv-03451 WHA
JOINT STIPULATION TO EXTEND PLAINTIFFS' DEADLINE
TO FILE MOTION; ~~PROPOSED~~ ORDER

WEST/298623604

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the Court GRANTS the parties' request to continue Plaintiffs' deadline to move for final approval of the parties' settlement agreement from May 30, 2022, to June 13, 2022.

IT IS SO ORDERED.

Dated: May 20, 2022

_____
William Alsup
United States District Judge