Kimberly A. Kralowec (CA Bar No.163158)
kkralowec@kraloweclaw.com
Kathleen Styles Rogers (CA Bar No. 122853)
krogers@kraloweclaw.com
**KRALOWEC LAW P.C.**
3132A 24th Street
San Francisco, California 94110
Tel:   (415) 546-6800
Fax:   (415) 546-6801

Lee Shalov (admitted *pro hac vice*)
lshalov@mclaughlinstern.com
Brett Gallaway (admitted *pro hac vice*)
bgallaway@mclaughlinstern.com
**McLAUGHLIN & STERN, LLP**
260 Madison Avenue
New York, New York 10016
Tel:   (212) 448-1100
Fax:   (212) 448-0066

Attorneys for Plaintiffs and the Class

Julie Dunne (CA Bar No. 160544)
julie.dunne@us.dlapiper.com
Matthew Riley (CA Bar No. 257643)
matthew.riley@us.dlapiper.com
Vani Parti (CA Bar No. 308468)
vani.parti@us.dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, California 92101
Tel:   (619) 699-2700
Fax:   (619) 699-2701

Mandy Chan (CA Bar No. 305602)
mandy.chan@us.dlapiper.com
Andrea Ortega (CA Bar No. 317820)
andrea.ortega@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, California 94105
Tel:   (415) 836-2500
Fax:   (415) 836-2501

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA FRLEKIN, AARON GREGOROFF, SETH DOWLING, DEBRA SPEICHER; AND TAYLOR KALIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 13cv03451-WHA<br><br>**STIPULATED REQUEST FOR ORDER SHORTENING TIME FOR NOTICE AND HEARING ON MOTION FOR PRELIMINARY APPROVAL OF STIPULATION REGARDING CLASS AND PRIVATE ATTORNEYS GENERAL ACT SETTLEMENT AND RELEASE FOR CLASS OF 105 ADDITIONAL EMPLOYEES (L.R. 6-2); ~~PROPOSED~~ ORDER**<br><br>Place:   Ctrm. 12, 19th Floor<br>Judge:   Hon. William Alsup |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Seth Dowling, Aaron Gregoroff, Taylor Kalin, and Debra Speicher on the one hand, and Defendant Apple Inc. on the other hand, by and through their counsel of record (together the "Parties"), hereby jointly make this Stipulated Request for an order shortening time for notice and hearing on Plaintiffs' Motion for Preliminary Approval of the Stipulation Regarding Class and PAGA Settlement and Release for Class of 105 Additional Employees) (the "Separate Motion for Preliminary Approval"), to address 105 additional employees who were inadvertently (according to Apple and its counsel) omitted from Apple's Employee List and thus were not provided with notice of the original Stipulation Regarding Class and Private Attorneys General Act Settlement and Release (the "November 2021 Settlement Agreement") in this case. The Separate Motion for Preliminary Approval is filed concurrently with this Stipulated Request, with a stated hearing date of August 11, 2022, consistent with the Local Rules and this Court's requirements for noticed motions and hearing dates.[1]

In order to prevent delay and prejudice to the over 14,000 employees who were provided with notice under the November 2021 Settlement Agreement, as well as the 105 Additional Employees who were not, the Parties jointly propose, stipulate and request that the Court shorten the time for notice and advance and hear Plaintiff's Separate Motion for Preliminary Approval at the same time as the previously-scheduled hearing on Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation (Dkt. 446) ("Motion for Final Approval of the November 2021 Settlement Agreement"), set for July 7, 2022. Good cause exists for shortening time for notice and hearing of the Separate Motion for Preliminary Approval so the Court may consider it together with the Motion for Final Approval of the November 2021 Settlement Agreement, as hearing these motions together will minimize further delays in payment to the 105 Additional Employees, and efficiency is served as there is no material difference between the terms

---

[1] *See*, Notice of Motion and Motion for Preliminary Approval of Stipulation Regarding Class and Private Attorneys General Act Settlement And Release For Class of 105 Additional Employees ("Separate Motion for Preliminary Approval"), Dkt. ____. Contemporaneously with the submission of the Separate Motion for Preliminary Approval, Plaintiffs filed the Joint Declaration of Lee S. Shalov and Kimberly A. Kralowec in Support of Motion for Preliminary Approval of Stipulation Regarding Class and Private Attorneys General Act Settlement, and Release for Class of 105 Additional Employees (the "Joint Decl."); Dkt. ___ Attached as Exhibit 1 to the Joint Decl. is the Stipulation.

of the November 2021 Settlement Agreement and the Separate Settlement Agreement and the Separate Settlement Agreement affords the 105 Additional Employees the same net payment per shift in settlement of this action as every Participating Class Member will receive from the November 2021 Settlement Agreement (with the addition of interest to compensate for the delay in payment after notice and approval of the Stipulation).  Declaration of Kathleen Styles Rogers in Support of Stipulated Request for Order Shortening Time for Notice and Hearing of Motion for Preliminary Approval of Stipulation Regarding Class and Private Attorneys General Act Settlement and Release for Class of 105 Additional Employees (filed herewith) ¶3.

WHEREAS, on or about November 11, 2021, Plaintiffs and Apple entered into the November 2021 Settlement Agreement (Dkt. 416-2);

WHEREAS, on December 28, 2021, the Court granted Plaintiffs' motion for preliminary approval of the November 2021 Settlement Agreement (Dkt. 431);

WHEREAS, in connection with the notice process that went forward after the Court granted preliminary approval of the November 2021 Settlement Agreement, Apple concluded that there were 105 additional individuals who transferred into a California location between August 3, 2015 and December 26, 2015: (i) had worked as a non-exempt employee at an Apple retail store in California during this time period; (ii) had not been identified as a Settlement Class Member; and (iii) consequently were not sent Notice of the November 2021 Settlement Agreement (Erwin Decl., ¶10);

WHEREAS, Apple concluded that these 105 individuals collectively worked 10,781 shifts at a California retail location during the Class Period (more specifically, between August 3, 2015 and December 31, 2015) (*Id*);

WHEREAS, the Parties wish to provide relief for the 105 additional individuals without delaying relief to the Settlement Class Members covered by the November 2021 Settlement Agreement and without compromising the interests of those Settlement Class Members in any respect;

WHEREAS, the Parties have agreed to a proposed resolution of the Class Claims and PAGA Claims of these 105 individuals pursuant to the terms of the Separate Settlement Agreement attached

to the Joint Decl. as Exhibit 1; and.

WHEREAS, Defendant Apple stipulates that it supports and will file no opposition to the Separate Motion for Preliminary Approval;

NOW, THEREFORE, the Parties stipulate and jointly request that the Court shorten time for notice and advance the hearing for Plaintiffs' Separate Motion for Preliminary Approval (Dkt. 448), and that the Court permit said Separate Motion for Preliminary Approval to be heard concurrently with Plaintiffs' Motion for Final Approval of the November 2021 Settlement Agreement (Dkt. 446), set for hearing on July 7, 2022 at 8:00 a.m. in this Court.

Dated: June 29, 2022    **DLA PIPER LLP (US)**

By: /s/ Matthew Riley
JULIE DUNNE
MATTHEW RILEY

*Attorneys for Defendant Apple Inc.*

Dated: June 29, 2022    **McLAUGHLIN & STERN, LLP**

By: /s/ Lee Shalov
LEE SHALOV

*Attorneys for Plaintiffs and the Class*

**ATTESTATION**

In accordance with Local Rule 5-1(i)(3), I attest that the other Signatories named above have concurred in the filing of this document.

Dated: June 29, 2022    McLAUGHLIN & STERN, LLP

By: /s/ Jason S. Giaimo

*Attorneys for Plaintiffs and the Class*

# [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulated request, and good cause existing, the Court hereby shortens time for notice and advances the hearing of Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Stipulation Regarding Class and Private Attorneys General Act Settlement and Release for Class of 105 Additional Employees (Dkt. 448), and orders that said Motion will be heard concurrently with Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation (Dkt. 446), set for hearing on July 7, 2022, at 8:00 a.m. in this Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 5, 2022

_____
William Alsup
United States District Judge