Kimberly A. Kralowec (CA Bar No. 163158)
kkralowec@kraloweclaw.com
Kathleen Styles Rogers (CA Bar No. 122853)
krogers@kraloweclaw.com
**KRALOWEC LAW, P.C.**
3132A 24th Street
San Francisco, CA 94110
Tel:   (415) 546-6800
Fax:   (415) 546-6801

Lee Shalov (admitted *pro hac vice*)
lshalov@mclaughlinstern.com
Brett Gallaway (admitted *pro hac vice*)
bgallaway@mclaughlinstern.com
Jason Scott Giaimo (admitted *pro hac vice*)
jgiaimo@mclaughlinstern.com
**McLAUGHLIN & STERN, LLP**
260 Madison Avenue
New York, NY 10016
Tel:   (212) 448-1100
Fax:   (212) 448-0066

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA FRELKIN, TAYLOR KALIN, AARON GREGOROFF, SETH DOWLING, and DEBRA SPEICHER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. 13-cv-3451 WHA (lead)<br>Case No. 13-cv-3775 (consolidated)<br>Case No. 13-cv-4727 (consolidated)<br><br>**STATEMENT RE SUBMISSION OF PROPOSED ORDERS AND PROPOSED JUDGMENT**<br><br>Date: July 7, 2022<br>Time: 8:00 a.m.<br>Place: Ctrm. 12, 19th Floor<br>Judge: Hon. William Alsup |

Pursuant to the Court's instructions at the hearing on July 7, 2022, plaintiffs respectfully submit, and have filed concurrently herewith, the following proposed orders and proposed judgment:

A. [Proposed] Order Granting Final Approval of Class Action Settlement Agreement (ECF No. 416-2), as Amended (ECF No. 446-1);

B. [Proposed] Order Granting Motions for (1) Award of Attorneys' Fees and Litigation Costs (Dkt. 434), and (2) Class Representative and Named Plaintiff Service Awards (Dkt. 435);

C. [Proposed] Judgment on Class Action Settlement Agreement (ECF No. 416-2), as Amended (ECF No. 446-1); and

D. [Proposed] Supplemental Order Granting Motion for Preliminary Approval of Stipulation Regarding Class Action and Private Attorneys General Act Settlement and Release for Class of 105 Additional Employees and Notice Procedures (ECF No. 448).

Defendant has reviewed the proposed orders and judgment, takes no position with respect to them, and defers to the Court.

Dated: July 12, 2022                    Respectfully submitted,

By:     /s/Kimberly A. Kralowec
        Kimberly A. Kralowec
        Kathleen Styles Rogers
        Kralowec Law, P.C.
        3132A 24th Street
        San Francisco, CA 94110
        Tel: (415) 546-6800
        kkralowec@kraloweclaw.com
        krogers@kraloweclaw.com

        Lee S. Shalov
        Brett R. Gallaway
        Jason S. Giaimo
        McLaughlin & Stern, LLP
        260 Madison Avenue
        New York, NY 10016
        Tel: (212) 448-1100
        lshalov@mclaughlinstern.com
        bgallaway@mclaughlinstern.com

1

STATEMENT RE SUBMISSION OF PROPOSED ORDERS AND PROPOSED JUDGMENT
Case No. 13-cv-3451-WHA; Consolidated Case Nos. 13-cv-4727-WHA, 13-cv-3775-WHA

jgiaimo@mclaughlinstern.com

*Attorneys for Plaintiffs and the Class*