Kimberly A. Kralowec (CA Bar No.163158)
kkralowec@kraloweclaw.com
Kathleen Styles Rogers (CA Bar No. 122853)
krogers@kraloweclaw.com
**KRALOWEC LAW P.C.**
3132A 24th Street
San Francisco, California 94110
Tel:   (415) 546-6800
Fax:   (415) 546-6801

Lee Shalov (admitted *pro hac vice*)
lshalov@mclaughlinstern.com
Brett Gallaway (admitted *pro hac vice*)
bgallaway@mclaughlinstern.com
**McLAUGHLIN & STERN, LLP**
260 Madison Avenue
New York, New York 10016
Tel:   (212) 448-1100
Fax:   (212) 448-0066

Attorneys for Plaintiffs and the Class

Julie Dunne (CA Bar No. 160544)
julie.dunne@us.dlapiper.com
Matthew Riley (CA Bar No. 257643)
matthew.riley@us.dlapiper.com
Vani Parti (CA Bar No. 308468)
vani.parti@us.dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, California 92101
Tel:   (619) 699-2700
Fax:   (619) 699-2701

Mandy Chan (CA Bar No. 305602)
mandy.chan@us.dlapiper.com
Andrea Ortega (CA Bar No. 317820)
andrea.ortega@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, California 94105
Tel:   (415) 836-2500
Fax:   (415) 836-2501

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA FRLEKIN, AARON GREGOROFF, SETH DOWLING, DEBRA SPEICHER; AND TAYLOR KALIN, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br>APPLE INC.,<br><br>　　　　　　Defendant. | Case No. 13cv03451-WHA<br><br>**JOINT RESPONSE TO THE COURT'S REQUEST FOR CLARIFICATION**<br><br>Place:   Ctrm. 12, 19th Floor<br>Judge:   Hon. William Alsup |

Plaintiffs Amanda Frlekin, Seth Dowling, Aaron Gregoroff, Taylor Kalin, and Debra Speicher (collectively, "Plaintiffs"), and Defendant Apple Inc. ("Apple"), submit this joint response to the Court's request for clarification (ECF No. 469) regarding Plaintiffs' Motion for Preliminary Approval of Stipulation Regarding Class and Private Attorneys General Act Settlement and Release for Class of 105 Additional Employees ("Separate Settlement") (ECF No. 448) and Plaintiffs' Proposed Order Granting Motions for Attorneys' Fees (ECF No. 467).

### 1. Increase in Value of Separate Settlement

Pursuant to the Separate Settlement, the parties agreed that the 105 additional employees included in the Separate Settlement would be compensated on the same net shift value as the Settlement Class Members received under the original Stipulation Regarding Class and Private Attorneys General Act Settlement and Release (the "November 2021 Settlement Agreement"). The parties previously calculated the net shift value under the November 2021 Settlement Agreement to be $2.80 per shift based on Plaintiffs' request for attorneys' fees of 1/3 of the Total Settlement Amount under the November 2021 Settlement Agreement and Plaintiffs' request for Class Representative Payments and Service Payment in the total amount of $50,000. However. as a result of the Court's determinations regarding Plaintiffs' Motions for Award of Attorneys' Fees and Litigation Costs (ECF No. 434) and Class Representative and Named Plaintiff Service Awards (ECF No. 435), the net shift value under the November 2021 Settlement Agreement increased from $2.80 to $2.95, and therefore the value of the Separate Settlement increased from $32,171.58 to $33,895.06. More specifically, in granting final approval of the November 2021 Settlement Agreement, the Court approved an award of attorneys' fees to Plaintiffs' counsel in the amount of 30% of the Total Settlement Amount and awarded Class Representative Payments and a Service Award in the total amount of $10,000.[1] As a result, the net shift value under the November 2021 Settlement Agreement increased from $2.80 per shift to $2.95 per shift. Accordingly, to account for the increase in the net shift value and to ensure the 105 additional employees covered by the

---

[1] The Total Settlement Amount as used herein means the $29.9 million sum Apple agreed to pay under the November 2021 Settlement Agreement, plus the $578,508.99 Apple agreed to add to the November 2021 Settlement Agreement to account for 203,557 undercounted shifts, plus the $32,171.58 the parties originally anticipated would be paid under the Separate Settlement.

Separate Settlement are compensated on the same net shift value as Settlement Class Members under the November 2021 Settlement Agreement, Apple agreed to pay $33,895.06 under the Separate Settlement.

## 2. No Effect on Attorneys' Fees

Despite an increase in the total amount to be paid by Apple under the Separate Settlement, Plaintiffs' counsel are not seeking any fees on that increased sum.  Rather, the parties request that the Court use the originally-estimated $32,171.58 value of the Separate Settlement when calculating Plaintiffs' attorneys' fees such that the calculation provided by Plaintiffs' counsel in Plaintiffs' Proposed Order Granting Motions for Attorneys' Fees (ECF No. 467) is unaffected.

Dated: August 4, 2022                    **DLA PIPER LLP (US)**

                                         By:   /s/ Matthew Riley
                                                JULIE DUNNE
                                                MATTHEW RILEY

                                         *Attorneys for Defendant Apple Inc.*

Dated:  August 4, 2022                   **McLAUGHLIN & STERN, LLP**

                                         By:   /s/ Lee Shalov
                                                LEE SHALOV

                                         *Attorneys for Plaintiffs and the Class*

## **ATTESTATION**

In accordance with Local Rule 5-1(i)(3), I attest that the other Signatories named above have concurred in the filing of this document.

Dated: August 4, 2022        **McLAUGHLIN & STERN, LLP**


                             By:  */s/ Jason S. Giaimo*

*Attorneys for Plaintiffs and the Class*