Kimberly A. Kralowec (CA Bar No. 163158)
kkralowec@kraloweclaw.com
Kathleen Styles Rogers (CA Bar No. 122853)
krogers@kraloweclaw.com
**KRALOWEC LAW, P.C.**
3132A 24th Street
San Francisco, California 94110
Tel:   (415) 546-6800
Fax:   (415) 546-6801

Lee Shalov (admitted *pro hac vice*)
lshalov@mclaughlinstern.com
Brett Gallaway (admitted *pro hac vice*)
bgallaway@mclaughlinstern.com
Jason Scott Giaimo (admitted *pro hac vice*)
jgiaimo@mclaughlinstern.com
**McLAUGHLIN & STERN, LLP**
260 Madison Avenue
New York, New York 10016
Tel:   (212) 448-1100
Fax:   (212) 448-0066

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMANDA FRELKIN, TAYLOR KALIN, AARON GREGOROFF, SETH DOWLING, and DEBRA SPEICHER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. 13-cv-3451 WHA (lead)<br>Case No. 13-cv-3775 (consolidated)<br>Case No. 13-cv-4727 (consolidated)<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTIONS FOR (1) AWARD OF ATTORNEYS' FEES AND LITIGATION COSTS (DKT. 434); AND (2) CLASS REPRESENTATIVE AND NAMED PLAINTIFF SERVICE AWARDS (DKT. 435)**<br><br>Date: July 7, 2022<br>Time: 8:00 a.m.<br>Place: Ctrm. 12, 19th Floor<br>Judge: Hon. William Alsup |

# [PROPOSED] ORDER GRANTING MOTIONS FOR ATTORNEYS' FEES, LITIGATION COSTS, AND SERVICE AWARDS

The motion for an award of attorneys' fees and litigation costs (Dkt. 434) and the motion for class representative and named plaintiff service awards (Dkt. 435) were heard on July 7, 2022 at 8:00 a.m. in Department 12 of the above-entitled Court. Appearances were made as stated on the record. The Court has considered plaintiffs' oral and written arguments in support of the motions. All capitalized terms in this Order have the same meanings as in the Settlement Agreement (Dkt. 416-2, as Amended by Dkt. 446-1). Good cause appearing, the Court rules as follows:

1. Class Counsel are awarded attorneys' fees in the amount of $9,039,137.14, which is equal to thirty percent (30%) of the Total Settlement Amount (as increased by the parties' Amendment to the Settlement Agreement (Dkt. 446-1, ¶2) plus the additional consideration to be paid by Defendant in the separate Settlement Agreement for 105 Additional Employees (Dkt. 449-1)), net of the Court's award of Litigation Costs set forth in paragraph 2, below.[1] The Court finds that, given the totality of the circumstances of this case, this attorneys' fees award is reasonable. An award above the Ninth Circuit's usual 25% benchmark is justified for the reasons stated on the record and in view of the results achieved; the risks presented by the litigation; the complexity of the case; the skill required and the quality of work performed; the contingent nature of the fee; and the financial burden carried by plaintiffs' counsel. The Court has performed a lodestar crosscheck. The fee award amounts to a multiplier of 0.8826 as of approximately June 24, 2022, according to the hours and lodestar figures stated in plaintiffs' counsel's declarations.[2] The lodestar crosscheck confirms the propriety of the attorneys' fees award.

2. Class Counsel are awarded Litigation Costs in the amount of $380,223.43. The claimed Litigation Costs are detailed in the declarations of plaintiffs' counsel[3] and were reasonably

---

[1] The original Total Settlement Amount of $29,900,000.00 was increased in the Amendment by $578,508.99, for an increased Total Settlement Amount of $30,478,508.99. Apple has also agreed to pay $32,171.58 to the 105 Additional Employees. Class Counsel's efforts therefore generated settlement consideration totaling $30,510,680.57. This sum minus the awarded Litigation Costs of $380,223.43 equals $30,130,457.14. Thirty percent of this sum equals $9,039,137.14.

[2] Dkt. 454, ¶20.

[3] *Id.*, ¶14-15; Dkt. 453, ¶¶9-11; Dkt. 434-1, ¶¶85-87; Dkt. 434-29, ¶75 & Exs. 3-8; Dkt. 434-

3

[PROPOSED] ORDER GRANTING MOTIONS FOR ATTORNEYS' FEES, LITIGATION COSTS, AND SERVICE AWARDS, Case No. 13-cv-3451-WHA; Consolidated Case Nos. 13-cv-4727-WHA, 13-cv-3775-WHA

incurred and reasonable in amount.

3. The award of Attorneys' Fees shall be allocated by Class Counsel in the manner they consider equitable to the other counsel who assisted prior to the selection of Class Counsel. Transcript of Proceedings, July 7, 2022 (Dkt. 464) at 53:18-23.

4. Class Counsel have proposed, and the Court approves, the following specific allocations of the award of Attorneys' Fees and Litigation Costs to plaintiffs' counsel[4]:

| Firm | Attorneys' Fees Allocation | Costs Allocation | Total Fees and Costs Allocation |
|---|---|---|---|
| Kralowec Law, P.C. | $4,366,682.11 | $41,417.87 | $4,408,099.98 |
| McLaughlin & Stern, LLP | $3,313,979.67 | $320,767.57 | $3,634,747.24 |
| Law Office of Louis Ginsberg, P.C. | $673,425.67 | $3,544.28 | $676,969.95 |
| Blanchard Law Group, APC | $344,764.79 | $12,438.02 | $357,202.81 |
| Peter K. Dion-Kindem, P.C. | $340,284.90 | $2,055.69 | $342,340.59 |
| TOTALS: | $9,039,137.14 | $380,223.43 | $9,419,360.57 |

5. The sum allocated to each firm in Litigation Costs, plus one half of the sum allocated to each firm in Attorneys' Fees, shall be paid within thirty (30) calendar days of the Effective Date as stated in paragraph 3.6.4 of the Settlement Agreement. The remaining one half of the sum allocated to each firm in Attorneys' Fees shall be held by the Settlement Administrator and shall be paid within thirty (30) calendar days after the filing of the Settlement Administrator's post-distribution accounting described in paragraph 3.6.11 of the Settlement Agreement.

6. The Court approves service awards of $2,000 each to named plaintiff Amanda Frlekin and to class representatives Seth Dowling, Aaron Gregoroff, Taylor Kalin, and Debra Speicher, as compensation for their efforts on behalf of the class, for all of the reasons stated at the hearing on the motion for service awards, including that each was deposed in this action and responded to

---

44, ¶¶20-22; Dkt. 434-46, ¶14; Dkt. 434-48, ¶16.

[4] The allocation of the award of Attorneys' Fees was calculated in accordance with the proposal set forth in Class Counsel's prior joint declarations. Dkt. 434-43, 452. The allocation of the Litigation Costs comports with the out-of-pocket expenses claimed by each firm in its respective declaration. See footnote 2, *supra*.

interrogatories, and each was required to agree to a release of claims much broader than the other members of the class in order to settle this action. The $2,000 awards shall be paid within thirty (30) calendar days after the Effective Date as stated in paragraph 3.6.3 of the Settlement Agreement.[5]

IT IS SO ORDERED.

Dated: August 13, 2022

                    Hon. William H. Alsup
                    District Court Judge

---

[5] Should any Named Plaintiff or Class Representative refuse to accept their service award or class representative payment of $2,000, such payment shall revert to the general settlement fund for the benefit of the class.