Lee Shalov (admitted *pro hac vice*)
lshalov@mclaughlinstern.com
Brett Gallaway (admitted *pro hac vice*)
bgallaway@mclaughlinstern.com
Jason Scott Giaimo (admitted *pro hac vice*)
jgiaimo@mclaughlinstern.com
**McLAUGHLIN & STERN, LLP**
260 Madison Avenue
New York, New York 10016
Tel:     (212) 448-1100
Fax:    (212) 448-0066

Kimberly A. Kralowec (CA Bar No. 163158)
kkralowec@kraloweclaw.com
Kathleen Styles Rogers (CA Bar No. 122853)
krogers@kraloweclaw.com
**KRALOWEC LAW, P.C.**
750 Battery Street, Suite 700
San Francisco, California 94111
Tel:     (415) 546-6800
Fax:    (415) 546-6801

Attorneys for Plaintiffs and the Class

Julie Dunne (CA Bar No. 160544)
julie.dunne@us.dlapiper.com
Matthew Riley (CA Bar No. 257643)
matthew.riley@us.dlapiper.com
Vani Parti (CA Bar No. 308468)
vani.parti@us.dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, California 92101
Tel:     (619) 699-2700
Fax:    (619) 699-2701

Mandy Chan (CA Bar No. 305602)
mandy.chan@us.dlapiper.com
Andrea Ortega (CA Bar No. 317820)
andrea.ortega@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, California 94105
Tel:     (415) 836-2500
Fax:    (415) 836-2501

Attorneys for Defendant
APPLE INC.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA FRLEKIN, AARON GREGOROFF, SETH DOWLING, DEBRA SPEICHER; AND TAYLOR KALIN, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>      v.<br><br>APPLE INC.,<br><br>              Defendant. | Case No. 13cv03451-WHA (lead)<br>Case No. 13cv04727-WHA (consolidated)<br><br>~~[PROPOSED]~~ **SUPPLEMENTAL JUDGMENT FOR SETTLEMENT RE 105 ADDITIONAL EMPLOYEES** |

1    In the Court's Supplemental Final Approval Order entered February 9, 2023 (ECF No. 484),

2 the Court granted Plaintiffs Seth Dowling, Amanda Frlekin, Aaron Gregoroff, Taylor Kalin, and

3 Debra Speicher's motion for final approval of the parties' Separate Settlement Agreement for the

4 Class of 105 Additional Employees (the "Separate Settlement Agreement").  Accordingly, the Court

5 hereby enters this Supplemental Judgment on the Class Claims of the Participating Settlement Class

6 Members, and on the PAGA Claims of Plaintiffs Frlekin and Kalin, the State of California, and the

7 Class of 105 Additional PAGA Employees under the Separate Settlement Agreement and pursuant

8 to Federal Rule of Civil Procedure 54(b) and based on the findings, conclusions, and orders set forth

9 in the Supplemental Final Approval Order. The Court determines that there is no just reason for

10 delay of this Supplemental Judgment with respect to these claims. Each party shall bear its own

11 costs, other than as specified in the Separate Settlement Agreement and the Final Approval Order.

12    Without affecting the finality of this Supplemental Judgment in any way, this Court retains

13 jurisdiction over: (a) the implementation of the Separate Settlement Agreement and the terms of the

14 Separate Settlement Agreement; (b) the distribution of the Total Settlement Amount to Participating

15 Settlement Class Members, the Class of 105 Additional PAGA Employees, the Labor and

16 Workforce Development Agency, the Settlement Administrator, and, as applicable, the agreed-upon

17 cy pres recipient under the Separate Settlement Agreement; and (c) all other proceedings related to

18 the implementation, interpretation, administration, consummation, and enforcement of the terms of

19 the Separate Settlement Agreement.

20    The time for Participating Settlement Class Members under the Separate Settlement

21 Agreement to appeal from this final Judgment shall commence upon its entry.

22    **IT IS SO ORDERED.**

23 DATED:_____March 6____, 2023

24

25    _____

26    Hon. William Alsup
      United States District Judge

27

28