UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA FRLEKIN, AARON GREGOROFF, SETH DOWLING, DEBRA SPEICHER; AND TAYLOR KALIN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>    Defendant. | No. 13-cv-03451-WHA<br><br>**ORDER REGARDING FINAL DISTRIBUTION OF SEPARATE SETTLEMENT AND REMAINING ATTORNEY'S FEES** |

This order hereby authorizes the distribution of the uncashed, voided payments from the separate settlement in the amount of **$8,117.75** to the *cy pres* recipient, California Alliance of Boys & Girls Clubs, Inc. Once the *cy pres* distribution is complete, the settlement administrator may distribute the remaining attorney's fees in the amount of **$50,000.00** to class counsel in accordance with this Court's previous order regarding counsel's request for fees (Dkt. No. 475). Lastly, both sides are ordered to file a post-distribution accounting report from the settlement administrator regarding the separate settlement after the *cy pres* distribution is complete and the remaining attorney's fees are paid.

**IT IS SO ORDERED.**

Dated: August 29, 2024.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE