FILED
FEB 26 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Kelly Jo Urrutia
1602 4th Ave
Rockfalls IL 61071
5437

Franklin v. Apple Case No 13-CV-03451-WHA or the Apple bag check case

I didn't even know this existed and I'm a product of Identity theft and fraud by Danielle Hall, Josh Hall and I don't understand this form by any means. I never recieved documents. Never knew of this and I'm not sure how or what to do.

815-631-5330

I haved had Apple Phones Stolen technology stolen by Danielle Hall and Josh hall so please enform me on what this is.

Kelly Jo Urrutia

Kelly Iourietia
6602 4th Ave
Rockfalls, IL 61071

RECEIVED
FEB 26 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Class Action Clerk
United States District Court
the Northern District of
California, 450 Golden Gate Ave
San Fransisco California 94102

94102

